# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS LLC,<br><br>Defendant. | Case No.: 4:23-cv-00332-RGE-SBJ<br><br>**JOINT STATUS REPORT AND NOTICE OF SETTLEMENT** |

Pursuant to the Court's February 28, 2024 Order (ECF No. 36), Plaintiffs Michael Douglas, Dorothy Goodon, Clyde Burry, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Steven D'Angelo, Ronald Emmert, Christine Ashe, Vernita Ford, Diane Young, and Logan Aldridge (collectively, "Plaintiffs"), and Defendant Purfoods LLC ("Defendant") (with Plaintiffs, the "Parties"), by and through their respective counsel, jointly advise the Court of the following:

1. On May 6, 2024, the Parties attended a mediation session before Jill Sperber of Judicate West Alternative Dispute Resolution.

2. The Parties have reached agreement on certain terms of a settlement in principle and are negotiating remaining issues with input from Ms. Sperber as needed. The Parties also are negotiating a long-form settlement agreement memorializing their agreement.

3. The Parties therefore propose that the current deadline for Defendants to answer or otherwise respond to the Complaint (May 28, 2024) be stayed so that the Parties can finalize their settlement negotiations, prepare a draft settlement agreement, and present it to the Court for approval.

4. The Parties further propose to file a joint status report by July 10, 2024 updating the Court on their progress if they have not filed settlement approval papers by then.

Dated: May 20, 2024                                                                                      Respectfully Submitted,

| /s/ *Gary M. Klinger*<br>Daniel O. Herrera<br>Nickolas J. Hagman (*Admitted Pro Hac Vice*)<br>Alex Lee<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>135 S. LaSalle, Suite 3210<br>Chicago, Illinois 60603<br>dherrera@caffertyclobes.com<br>nhagman@carrertyclobes.com<br>alee@caffertyclobes.com<br><br>*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS AND DOROTHY GOODON*<br><br>J. Barton Goplerud<br>Brian O. Marty<br>**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS, DOROTHY GOODON, CLYDE BURRY, DOROTHY ALEXANDER, STELLA KERITSIS, MARIA CLEMENTS, JOHNNIE JONES, AND STEVEN D'ANGELO*<br><br>Kevin Laukaitis (*Admitted Pro Hac Vice*)<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>San Juan, PR 00907<br>klaukaitis@laukaitislaw.com | /s/ *Matthew A. McGuire*<br>Michael W. Thrall, AT0007975<br>Matthew A. McGuire, AT0011932<br>**NYEMASTER GOODE P.C.**<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>Telephone: 515-283-3100<br>Fax: 515-283-3189<br>mwt@nyemaster.com<br>mmcguire@nyemaster.com<br><br>and<br><br>Kathryn E. Cahoy<br>(*Admitted Pro Hac Vice*)<br>Micaela R.H. McMurrough<br>(*Admitted Pro Hac Vice*)<br>Teena-Ann V. Sankoorikal<br>(*Admitted Pro Hac Vice*)<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real, 5 Palo Alto Square<br>10th Floor<br>Palo Alto, CA 94306-3112<br>Telephone: (650) 632-4700<br>kcahoy@cov.com<br>mmcmurrough@cov.com<br><br>*ATTORNEYS FOR DEFENDANT PURFOODS, LLC* |

| | |
|---|---|
| *ATTORNEY FOR PLAINTIFF CLYDE BURRY*<br><br>Nicholas J. Mauro<br>**CARNEY & APPLEBY PLC**<br>303 Locust Street<br>400 Homestead Building<br>Des Moines, IA 50309<br>mauro@carneyappleby.com<br><br>*ATTORNEY FOR PLAINTIFFS YOLANDA BETTS AND LOGAN ALDRIDGE*<br><br>David S. Almeida (*Admitted Pro Hac Vice*)<br>Elena Belov (*Admitted Pro Hac Vice*)<br>**ALMEIDA LAW GROUP LLC**<br>849 W. Webster Avenue<br>Chicago, IL 60614<br>david@almeidalawgroup.com<br>elena@almeidalawgroup.com<br><br>*ATTORNEYS FOR PLAINTIFF YOLANDA BETTS AND LOGAN ALDRIDGE*<br><br>Benjamin Ted Erickson<br>**Grefe & Sidney PLC**<br>500 E. Court Avenue, Suite 200<br>Des Moines, IA 50309<br>berickson@grefesidney.com<br><br>*ATTORNEY FOR PLAINTIFF RONALD EMMERT*<br><br>William B. Federman (*Admitted Pro Hac Vice*)<br>**FEDERMAN & SHERWOOD**<br>10205 N. Pennsylvania Ave.<br>Oklahoma City, OK 73120<br>wbf@federmanlaw.com<br><br>*ATTORNEY FOR PLAINTIFF STELLA KERITSIS*<br><br>Gary M. Klinger (*Admitted Pro Hac Vice*) | |

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*ATTORNEY FOR PLAINTIFF DOROTHY ALEXANDER*

Mason Barney (*Admitted Pro Hac Vice*)
Tyler James Bean (*Admitted Pro Hac Vice*)
**SIRI & GILMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
mbarney@sirillp.com
tbean@sirillp.com

*ATTORNEYS FOR PLAINTIFFS MARIA CLEMENTS AND JOHNNIE JONES*

Timothy Michael Hansen
**Hansen Reynolds LLC**
301 N Broadway, Suite 400
Milwaukee, WI 53202
thansen@hansenreynolds.com

*ATTORNEY FOR PLAINTIFF LOGAN ALDRIDGE*