UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | Case No.: 4:23-cv-00332-RGE-SBJ<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's May 20, 2024 Order (ECF No. 38), Plaintiffs Michael Douglas, Dorothy Goodon, Clyde Burry, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Steven D'Angelo, Ronald Emmert, Christine Ashe, Vernita Ford, Diane Young, and Logan Aldridge (collectively, "Plaintiffs"), and Defendant PurFoods, LLC ("Defendant") (with Plaintiffs, the "Parties"), by and through their respective counsel, jointly advise the Court of the following:

1. On May 6, 2024, the Parties attended a mediation session before Jill Sperber of Judicate West Alternative Dispute Resolution and reached agreement on certain terms of a settlement in principle.

2. Since that date, the Parties have regularly met and conferred in good faith to negotiate the remaining non-monetary terms of the settlement as well as a formal long-form settlement agreement. The Parties expect to reach agreement on all issues and have made considerable progress to that end since their last joint status report of May 20, 2024.

3. The Parties therefore propose to file a joint status report by September 9, 2024 updating the Court on their progress if they have not filed settlement approval papers by then.

Dated: July 9, 2024 Respectfully Submitted,

| | |
|---|---|
| /s/ *Gary M. Klinger*<br>Daniel O. Herrera<br>Nickolas J. Hagman (*Admitted Pro Hac Vice*)<br>Alex Lee<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>135 S. LaSalle, Suite 3210<br>Chicago, Illinois 60603<br>dherrera@caffertyclobes.com<br>nhagman@carrertyclobes.com<br>alee@caffertyclobes.com<br><br>*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS AND DOROTHY GOODON*<br><br>J. Barton Goplerud<br>Brian O. Marty<br>**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**<br>5015 Grand Ridge Drive, Suite 100<br>West Des Moines, IA 50265<br>goplerud@sagwlaw.com<br>marty@sagwlaw.com<br><br>*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS, DOROTHY GOODON, CLYDE BURRY, DOROTHY ALEXANDER, STELLA KERITSIS, MARIA CLEMENTS, JOHNNIE JONES, AND STEVEN D'ANGELO*<br><br>Kevin Laukaitis (*Admitted Pro Hac Vice*)<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>San Juan, PR 00907<br>klaukaitis@laukaitislaw.com<br><br>*ATTORNEY FOR PLAINTIFF CLYDE BURRY*<br><br>Nicholas J. Mauro | /s/ *Matthew A. McGuire*<br>Michael W. Thrall, AT0007975<br>Matthew A. McGuire, AT0011932<br>**NYEMASTER GOODE P.C.**<br>700 Walnut Street, Suite 1600<br>Des Moines, IA 50309<br>Telephone: 515-283-3100<br>Fax: 515-283-3189<br>mwt@nyemaster.com<br>mmcguire@nyemaster.com<br><br>and<br><br>Kathryn E. Cahoy<br>(*Admitted Pro Hac Vice*)<br>Micaela R.H. McMurrough<br>(*Admitted Pro Hac Vice*)<br>Teena-Ann V. Sankoorikal<br>(*Admitted Pro Hac Vice)*<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real, 5 Palo Alto Square<br>10th Floor<br>Palo Alto, CA 94306-3112<br>Telephone: (650) 632-4700<br>kcahoy@cov.com<br>mmcmurrough@cov.com<br><br>*ATTORNEYS FOR DEFENDANT PURFOODS, LLC* |

2

**CARNEY & APPLEBY PLC**
303 Locust Street
400 Homestead Building
Des Moines, IA 50309
mauro@carneyappleby.com

*ATTORNEY FOR PLAINTIFFS YOLANDA BETTS AND LOGAN ALDRIDGE*

David S. Almeida (*Admitted Pro Hac Vice*)
Elena Belov (*Admitted Pro Hac Vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
david@almeidalawgroup.com
elena@almeidalawgroup.com

*ATTORNEYS FOR PLAINTIFF YOLANDA BETTS AND LOGAN ALDRIDGE*

Benjamin Ted Erickson
**Grefe & Sidney PLC**
500 E. Court Avenue, Suite 200
Des Moines, IA 50309
berickson@grefesidney.com

*ATTORNEY FOR PLAINTIFF RONALD EMMERT*

William B. Federman (*Admitted Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
wbf@federmanlaw.com

*ATTORNEY FOR PLAINTIFF STELLA KERITSIS*

Gary M. Klinger (*Admitted Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

| | |
|---|---|
| *ATTORNEY FOR PLAINTIFF*<br>*DOROTHY ALEXANDER*<br><br>Mason Barney (*Admitted Pro Hac Vice*)<br>Tyler James Bean (*Admitted Pro Hac Vice*)<br>**SIRI & GILMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>mbarney@sirillp.com<br>tbean@sirillp.com<br><br>*ATTORNEYS FOR PLAINTIFFS*<br>*MARIA CLEMENTS AND JOHNNIE*<br>*JONES*<br><br>Timothy Michael Hansen<br>**Hansen Reynolds LLC**<br>301 N Broadway, Suite 400<br>Milwaukee, WI 53202<br>thansen@hansenreynolds.com<br><br>*ATTORNEY FOR PLAINTIFF*<br>*LOGAN ALDRIDGE* | |