UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| In re: Purfoods, Inc. Data Security Litigation | Case No.: 4:23-cv-00332-RGE-SBJ |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 10, 2024 (ECF No. 40), Plaintiffs Michael Douglas, Dorothy Goodon, Clyde Burry, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Steven D'Angelo, Ronald Emmert, Christine Ashe, Vernita Ford, Diane Young, and Logan Aldridge (hereinafter "Plaintiffs") and Defendant PurFoods, Inc. ("Defendant") (with Plaintiffs, the "Parties"), by and through their respective counsel, jointly advise the Court of the following:

1. On May 6, 2024, the Parties attended a mediation session before Jill Sperber of Judicate West Alternative Dispute Resolution and reached agreement on certain terms of a settlement in principle.

2. In a Joint Status Report and Notice of Settlement filed on May 20, 2024, the Parties informed the Court that they had reached a settlement in principle. (ECF No. 37).

3. On July 9, 2024, the Parties filed another Joint Status Report pursuant to the Court's May 20, 2024 Order, informing the Court of the Parties' progress towards finalizing the remaining non-monetary settlement terms and formal settlement agreement. (ECF No. 38).

4. The Parties have since continued to engage in successful negotiations. The Parties have shared many drafted settlement agreements, notice forms, and claims forms. The Parties

engaged in multiple phone calls and email changes regarding non-monetary settlement terms and other settlement details. As a result, the Parties have a near-final settlement agreement, notice forms, and claim form for the Court's approval.

5. The Parties therefore propose to file a joint status report by September 30, 2024 updating the Court on their progress if they have not filed settlement approval papers by then.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |

| | |
|---|---|
| /s/ William B. Federman | /s/ Matthew A. McGuire |
| William B. Federman (*Admitted Pro Hac Vice*) | Michael W. Thrall, AT0007975 |
| | Matthew A. McGuire, AT0011932 |
| **FEDERMAN & SHERWOOD** | **NYEMASTER GOODE P.C.** |
| 10205 N. Pennsylvania Ave. | 700 Walnut Street, Suite 1600 |
| Oklahoma City, OK 73120 | Des Moines, IA 50309 |
| wbf@federmanlaw.com | Telephone: 515-283-3100 |
| | Fax: 515-283-3189 |
| *ATTORNEY FOR PLAINTIFF* | mwt@nyemaster.com |
| *STELLA KERITSIS* | mmcguire@nyemaster.com |
| | |
| Daniel O. Herrera | and |
| Nickolas J. Hagman (*Admitted Pro Hac Vice*) | |
| Alex Lee | Kathryn E. Cahoy |
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** | (*Admitted Pro Hac Vice*) |
| | Micaela R.H. McMurrough |
| 135 S. LaSalle, Suite 3210 | (*Admitted Pro Hac Vice*) |
| Chicago, Illinois 60603 | Teena-Ann V. Sankoorikal |
| dherrera@caffertyclobes.com | (*Admitted Pro Hac Vice*) |
| nhagman@carrertyclobes.com | **COVINGTON & BURLING LLP** |
| alee@caffertyclobes.com | 3000 El Camino Real, 5 Palo Alto Square |
| | 10th Floor |
| *ATTORNEYS FOR PLAINTIFFS* | Palo Alto, CA 94306-3112 |
| *MICHAEL DOUGLAS AND DOROTHY GOODON* | Telephone: (650) 632-4700 |
| | kcahoy@cov.com |
| | mmcmurrough@cov.com |
| J. Barton Goplerud | |
| Brian O. Marty | *ATTORNEYS FOR DEFENDANT* |
| **SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.** | *PURFOODS, LLC* |
| 5015 Grand Ridge Drive, Suite 100 | |
| West Des Moines, IA 50265 | |
| goplerud@sagwlaw.com | |
| marty@sagwlaw.com | |

*ATTORNEYS FOR PLAINTIFFS*
*MICHAEL DOUGLAS, DOROTHY*
*GOODON,*
*CLYDE BURRY, DOROTHY ALEXANDER,*
*STELLA KERITSIS, MARIA CLEMENTS,*
*JOHNNIE JONES,*
*AND STEVEN D'ANGELO*

Kevin Laukaitis (*Admitted Pro Hac Vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
San Juan, PR 00907
klaukaitis@laukaitislaw.com

*ATTORNEY FOR PLAINTIFF CLYDE*
*BURRY*

Nicholas J. Mauro
**CARNEY & APPLEBY PLC**
303 Locust Street
400 Homestead Building
Des Moines, IA 50309
mauro@carneyappleby.com

*ATTORNEY FOR PLAINTIFFS*
*YOLANDA BETTS AND LOGAN*
*ALDRIDGE*

David S. Almeida (*Admitted Pro Hac Vice*)
Elena Belov (*Admitted Pro Hac Vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
david@almeidalawgroup.com
elena@almeidalawgroup.com

*ATTORNEYS FOR PLAINTIFF*
*YOLANDA BETTS AND LOGAN*
*ALDRIDGE*

Benjamin Ted Erickson
**Grefe & Sidney PLC**
500 E. Court Avenue, Suite 200
Des Moines, IA 50309
berickson@grefesidney.com

*ATTORNEY FOR PLAINTIFF*
*RONALD EMMERT*

Gary M. Klinger (*Admitted Pro Hac Vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*ATTORNEY FOR PLAINTIFF*
*DOROTHY ALEXANDER*

Mason Barney (*Admitted Pro Hac Vice*)
Tyler James Bean (*Admitted Pro Hac Vice*)
**SIRI & GILMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
mbarney@sirillp.com
tbean@sirillp.com

*ATTORNEYS FOR PLAINTIFFS*
*MARIA CLEMENTS AND JOHNNIE*
*JONES*

Timothy Michael Hansen
**Hansen Reynolds LLC**
301 N Broadway, Suite 400
Milwaukee, WI 53202
thansen@hansenreynolds.com

*ATTORNEY FOR PLAINTIFF*
*LOGAN ALDRIDGE*