# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| In re: Purfoods, Inc. Data Security Litigation | Case No.: 4:23-cv-00332-RGE-SBJ |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated September 9, 2024 (ECF No. 41), Plaintiffs Michael Douglas, Dorothy Goodon, Clyde Burry, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Steven D'Angelo, Ronald Emmert, Christine Ashe, Vernita Ford, Diane Young, and Logan Aldridge (hereinafter "Plaintiffs") and Defendant PurFoods, Inc. ("Defendant") (with Plaintiffs, the "Parties"), by and through their respective counsel, jointly advise the Court of the following:

1. On May 6, 2024, the Parties attended a mediation session before Jill Sperber of Judicate West Alternative Dispute Resolution and reached agreement on certain terms of a settlement in principle.

2. In a Joint Status Report and Notice of Settlement filed on May 20, 2024, the Parties informed the Court that they had reached a settlement in principle. (ECF No. 37).

3. On July 9, 2024, the Parties filed another Joint Status Report pursuant to the Court's May 20, 2024 Order, informing the Court of the Parties' progress towards finalizing the remaining non-monetary settlement terms and formal settlement agreement. (ECF No. 38).

4. On September 9, 2024, the Parties filed another Joint Status Report pursuant to the Court's July 10, 2024 Order, informing the Court that the Parties had a near-final settlement agreement and related documents. (ECF No. 41).

5. The Parties were recently informed of the unfortunate passing of one of the named Plaintiffs, Clyde Burry.[1] Prior to his death, Plaintiff Burry had not executed the settlement agreement. Counsel is working with Mr. Burry's representatives to determine whether or not his estate will continue to pursue Mr. Burry's claims. The Parties request additional time to work through this matter.

6. The Parties have worked diligently to complete the settlement agreement and all necessary filings therefore.

7. The Parties therefore propose to file a joint status report by October 25, 2024 updating the Court on their progress if they have not filed settlement approval papers by then.

Dated: September 30, 2024                                    Respectfully submitted,

*/s/ William B. Federman*
William B. Federman (*Admitted Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
wbf@federmanlaw.com

*ATTORNEY FOR PLAINTIFF*
*STELLA KERITSIS*

Daniel O. Herrera
Nickolas J. Hagman (*Admitted Pro Hac Vice*)
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603

*/s/ Matthew A. McGuire*
Michael W. Thrall, AT0007975
Matthew A. McGuire, AT0011932
**NYEMASTER GOODE P.C.**
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-3189
mwt@nyemaster.com
mmcguire@nyemaster.com

and

Kathryn E. Cahoy
(*Admitted Pro Hac Vice*)
Micaela R.H. McMurrough
(*Admitted Pro Hac Vice*)
Teena-Ann V. Sankoorikal

---

[1] https://www.kennedyfuneralhome.org/obituaries/Clyde-Jermaine-Burry-Sr?obId=33105053.

dherrera@caffertyclobes.com
nhagman@carrertyclobes.com
alee@caffertyclobes.com

*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS AND DOROTHY GOODON*

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

*ATTORNEYS FOR PLAINTIFFS MICHAEL DOUGLAS, DOROTHY GOODON,
CLYDE BURRY, DOROTHY ALEXANDER, STELLA KERITSIS, MARIA CLEMENTS, JOHNNIE JONES,
AND STEVEN D'ANGELO*

Kevin Laukaitis (*Admitted Pro Hac Vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
San Juan, PR 00907
klaukaitis@laukaitislaw.com

*ATTORNEY FOR PLAINTIFF CLYDE BURRY*

Nicholas J. Mauro
**CARNEY & APPLEBY PLC**
303 Locust Street
400 Homestead Building
Des Moines, IA 50309
mauro@carneyappleby.com

*ATTORNEY FOR PLAINTIFFS YOLANDA BETTS AND LOGAN ALDRIDGE*

David S. Almeida (*Admitted Pro Hac Vice*)

(*Admitted Pro Hac Vice*)
**COVINGTON & BURLING LLP**
3000 El Camino Real, 5 Palo Alto Square
10th Floor
Palo Alto, CA 94306-3112
Telephone: (650) 632-4700
kcahoy@cov.com
mmcmurrough@cov.com

*ATTORNEYS FOR DEFENDANT PURFOODS, LLC*

Elena Belov (*Admitted Pro Hac Vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
david@almeidalawgroup.com
elena@almeidalawgroup.com

*ATTORNEYS FOR PLAINTIFF*
*YOLANDA BETTS AND LOGAN*
*ALDRIDGE*

Benjamin Ted Erickson
**Grefe & Sidney PLC**
500 E. Court Avenue, Suite 200
Des Moines, IA 50309
berickson@grefesidney.com

*ATTORNEY FOR PLAINTIFF*
*RONALD EMMERT*

Gary M. Klinger (*Admitted Pro Hac Vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*ATTORNEY FOR PLAINTIFF*
*DOROTHY ALEXANDER*

Mason Barney (*Admitted Pro Hac Vice*)
Tyler James Bean (*Admitted Pro Hac Vice*)
**SIRI & GILMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
mbarney@sirillp.com
tbean@sirillp.com

*ATTORNEYS FOR PLAINTIFFS*
*MARIA CLEMENTS AND JOHNNIE*
*JONES*

Timothy Michael Hansen
**Hansen Reynolds LLC**
301 N Broadway, Suite 400
Milwaukee, WI 53202

thansen@hansenreynolds.com

*ATTORNEY FOR PLAINTIFF*
*LOGAN ALDRIDGE*