# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| In re: Purfoods, Inc. Data Security Litigation | Case No. 4:23-cv-00332-SHL-WPK |
| This Filing Relates to: | **NOTICE OF VOLUNTARY DISMISSAL** |
| **CLYDE BURRY** v. PurFoods, LLC d/b/a Mom's Meals, Case No. 4:23-cv-00334-SHL-WPK | **PLAINTIFF CLYDE BURRY INDIVIDUAL CLAIM ONLY** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Clyde Burry ("Plaintiff"), by and through his counsel, notices the Court of the voluntary dismissal of his individual claims against Defendant PurFoods, LLC d/b/a Mom's Meals ("Defendant"), Case No. 23-00334, without prejudice. Defendant has not served either an answer or a motion for summary judgment.

Dated: October 1, 2024

Respectfully submitted,

**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**

By */s/* J. Barton Goplerud

J. Barton Goplerud
Brian O. Marty
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagwlaw.com
marty@sagwlaw.com

**LAUKAITIS LAW LLC**
Kevin Laukaitis (PA ID 321670) (Admitted *Pro Hac Vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

*Attorneys for Plaintiff(s) and the Plaintiff Class(es)*