**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| Michael Douglas, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PurFoods, LLC d/b/a Mom's Meals,<br><br>Defendant. | Case No. 4:23-cv-00332-RGE-SBJ |

## SUGGESTION OF DEATH OF PLAINTIFF RONALD EMMERT UPON THE RECORD UNDER RULE 25(A)(1)

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel's recently discovered death of Ronald Emmert, a Plaintiff in this action. Ronald Emmert passed away on April 19, 2024.

Dated: October 22, 2024          By:     *Ben Erickson*
                                         Ben Erickson, Esq. (I.A. S.B. # AT0012927)
                                         **GREFE & SIDNEY, P.L.C**
                                         500 E. Court Ave, #200,
                                         Des Moines, IA, 50309
                                         Telephone:   (515) 245-4334
                                         Facsimile:   (515) 245-4452
                                         Email:       berickson@grefesidney.com

Laura Van Note, Esq. (C.A. S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:  (510) 891-9800
Facsimile:  (510) 891-7030
Email:       lvn@colevannote.com

*Attorneys for Representative Plaintiffs and the Plaintiff Class*

*Pro hac vice forthcoming