# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| In re: Purfoods, Inc. Data Security Litigation<br><br>**MARIA CLEMENTS and JOHNNIE JONES**<br>v. PurFoods, LLC d/b/a Mom's Meals, Case No. 4:23-cv-00340-SHL-SBJ | Case No.: 4:23-cv-00332-RGE-SBJ<br><br>**NOTICE OF VOLUNARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Maria Clements ("Plaintiff"), by and through her counsel, hereby notify the Court of the voluntary dismissal of her individual claims against Defendant PurFoods, LLC d/b/a Mom's Meals ("Defendant"), Case No. 4:23-cv-00340, without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment.

Dated: October 22, 2024

    Respectfully submitted,

    /s/ Tyler J. Bean
    Tyler J. Bean*
    Mason A. Barney*
    **SIRI & GLIMSTAD LLP**
    745 Fifth Avenue, Suite 500
    New York, New York 10151
    Tel: (646) 357-1732
    E: mbarney@sirillp.com
    E: tbean@sirillp.com

    *Counsel for Plaintiff Clements*

    *\*Admitted pro hac vice*