# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IN RE: PURFOODS, INC., DATA SECURITY LITIGATION<br><br>This Filing Relates to:<br><br>BILLY AVANT, *individually and on behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>v.<br><br>PURFOODS, LLC d/b/a MOM'S MEALS,<br><br>    Defendant. | Case 4:23-cv-00332-RGE-SBJ |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Billy Avant, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby notifies the Court of the voluntary dismissal of his claims against Defendant Purfoods, LLC d/b/a "Mom's Meals" ("Defendant") in Case Number 4:23-cv-04830, without prejudice, with each party to bear their own fees and costs. Defendant has not served either an answer or a motion for summary judgment. Dismissal is therefore appropriate.

Dated: Friday, October 25, 2024

Respectfully Submitted,

*/s/ Paul Doolittle*
Paul J. Doolittle, Esq.
POULIN | WILLEY | ANASTOPOULO, LLC
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
    cmad@poulinwilley.com