IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, RONALD EMMERT, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>        Plaintiffs,<br><br>v.<br><br>PURFOODS LLC,<br><br>        Defendant. | Civil No. 4:23-cv-00332-RGE-SBJ<br><br>**MOTION TO DISMISS CLAIMS PLED BY DECEASED PLAINTIFF RONALD EMMERT** |

Defendant PurFoods, LLC, pursuant to Federal Rule of Civil Procedure 25(a), hereby moves to dismiss the claims pled by deceased Plaintiff Ronald Emmert, and in support thereof states:

1. On September 19, 2023, Plaintiff Ronald Emmert filed a Class Action Complaint against PurFoods in this Court in Case No. 23-cv-0365.

2. Pursuant to a text order dated October 10, 2023, Mr. Emmert's action was consolidated into the present above-captioned action. (ECF No. 16.)

3. Mr. Emmert's claims were included within the Consolidated Class Action Complaint filed by Plaintiffs on November 28, 2023. (ECF No. 30.)

4. Mr. Emmert passed away on April 19, 2024. (ECF No. 46.)

5. Counsel for Mr. Emmert filed a Suggestion of Death of Plaintiff Ronald Emmert Upon the Record pursuant to Federal Rule of Civil Procedure 25(a)(1) on October 22, 2024. (ECF No. 46.)

6. No party or successor or representative of Mr. Emmert has filed a motion for substitution.

7. Pursuant to Federal Rule of Civil Procedure 25(a)(1), because 90 days have elapsed since the filing of the Suggestion of Death, and no motion for substitution has been filed, Mr. Emmert must be dismissed as a plaintiff in this action.

WHEREFORE, Defendant PurFoods, LLC, respectfully requests the Court **dismiss** Ronald Emmert's claims with prejudice.

Dated: March 13, 2025

By: /s/ *Matthew A. McGuire*
Michael W. Thrall, AT0007975
Matthew A. McGuire, AT0011932
**NYEMASTER GOODE P.C.**
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-3189
mwt@nyemaster.com
mmcguire@nyemaster.com

and

Kathryn E. Cahoy
(*Admitted Pro Hac Vice*)
Micaela R.H. McMurrough
(*Admitted Pro Hac Vice*)
Teena-Ann V. Sankoorikal
(Admitted Pro Hac Vice*)*
COVINGTON & BURLING LLP
3000 El Camino Real, 5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-3112
Telephone: (650) 632-4700
kcahoy@cov.com
mmcmurrough@cov.com

**ATTORNEYS FOR DEFENDANT PURFOODS, LLC**