# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, et al., individually and on behalf of all others similarly situated, | Case No.: 4:23-cv-00332-RGE-SBJ |
| Plaintiffs, | |
| v. | **NOTICE OF NON OPPOSITION TO MOTION TO DISMISS CLAIMS PLED BY DECEASED PLAINTIFF RONALD EMMERT** |
| PURFOODS LLC, | |
| Defendant. | |

Plaintiffs Michael Douglas, Dorothy Goodon, Clyde Burry, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Steven D'Angelo, Ronald Emmert, Christine Ashe, Vernita Ford, Diane Young, and Logan Aldridge (collectively, "Plaintiffs"), respectfully submit this notice of non-opposition with respect to the Defendant's Motion to Dismiss Claims Pled by Deceased Plaintiff Ronald Emmert (ECF 53).

Dated: March 20, 2025

Respectfully Submitted,

/s/ *Nickolas J. Hagman*
Daniel O. Herrera
Nickolas J. Hagman (*Admitted Pro Hac Vice*)
Alex Lee
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
dherrera@caffertyclobes.com
nhagman@carrertyclobes.com
alee@caffertyclobes.com

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON,
GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

*ATTORNEYS FOR PLAINTIFFS*