IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, RONALD EMMERT, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG, ,<br><br>Plaintiffs,<br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>ORDER DENYING PLAINTIFFS' MOTION AND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

On October 25, 2024, Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young filed an unopposed Motion for Preliminary Approval of Class Action Settlement. Pl.'s Mot. Prelim. Approval, ECF No. 49. On February 12, 2025, the parties appeared for a video conference during which Chief United States Magistrate Judge Stephen B. Jackson Jr. notified the parties of various deficiencies in the materials submitted with the motion. *See* Stat. Conf. Mins., ECF No. 52. Judge Jackson ordered the parties to amend their motion and related document, and resubmit them by no later than March 14, 2025. *Id.* On March 14, 2025, Plaintiffs filed Motion for Preliminary Approval of Class Action Settlement. Pl.'s Am. Mot. Prelim. Approval, ECF No. 54. The amended documents appear to correct the deficiencies noted by the Court. *See generally id.* However, it appears the parties affixed the signature pages from the initial Settlement Agreement to the now-amended settlement documents. *Compare* Pl.'s Ex. 1 Supp. Mot. Prelim. Approval 39–52, ECF No. 49-1 *with* Pl.'s Ex. 1 Supp. Am. Mot. Prelim. Approval 39–52, ECF No. 54-1. The Court finds the amended settlement documents unenforceable

pursuant to the terms in the initial Settlement Agreement.

The parties' Settlement Agreement defines "Settlement Agreement" to "mean[] this agreement, including all amendments and exhibits hereto." ECF No. 49-1 at 5; *see also* ECF No. 54-1 at 5. The parties' Settlement Agreement states that it "may be amended or modified only by a written instrument signed by or on behalf of all Settling Parties . . . ." ECF No. 49-1 at 36; *see also* ECF No. 54-1 at 36. Between the time the initial Settlement Agreement was signed by the parties—in or around October 2024, *see* ECF No. 49-1 at 43, 49—and the time the amended documents were submitted to the Court, the parties made numerous amendments to the exhibits. *Compare, e.g.*, ECF No. 49-1 at 54–56, 64–66 *with* ECF No. 54-1 at 54–56, 64–66.

In light of the provision in the initial Settlement Agreement requiring amendments to be in writing and signed by all parties and basic contract law, the Court finds the amended settlement documents unenforceable. Accordingly, the Court denies Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Amended Motion for Preliminary Approval of Class Action Settlement.

**IT IS ORDERED** that Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young's Motion for Preliminary Approval of Class Action Settlement, ECF No. 49, is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young's Amended Motion for Preliminary Approval of Class Action Settlement, ECF No. 54, is **DENIED**.

**IT IS SO ORDERED.**

Dated this 24th day of April, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE