IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG, ,<br><br>    Plaintiffs,<br>v.<br><br>PURFOODS, LLC,<br><br>    Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS CLAIMS PLED BY DECEASED PLAINTIFF RONALD EMMERT |

Now before the Court is Defendant Purfoods, LLC's motion to dismiss the claims pled by deceased Plaintiff Ronald Emmert. Def.'s Mot. Dismiss Pl. Emmert's Claims, ECF No. 53. Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'angelo, Christine Ashe, Vernita Ford, and Diane Young do not oppose Purfood's motion. Pls.' Resp. Def.'s Mot. Dismiss Pl. Emmert's Claims, ECF No. 55.

For the reasons stated in Purfood's motion, the Court dismisses the claims pled by Emmert.

**IT IS ORDERED** that Defendant Purfoods, LLC's Motion to Dismiss Claims Pled By Deceased Plaintiff Ronald Emmert, ECF No. 53, is **GRANTED**.

**IT IS SO ORDERED**.

Dated this 17th day of June, 2025.

Rebecca Goodgame Ebinger
UNITED STATES DISTRICT JUDGE