IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG, ,<br><br>    Plaintiffs,<br>v.<br><br>PURFOODS, LLC,<br><br>    Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>ORDER |

Now before the Court is Tyson Green's filing captioned as "P[l]aintiff's Response [to] Defendants' Offer of Judgment." ECF No. 61. Although unclear, the Court construes the filing as an attempt to submit a claim for a cash award as described in the parties' Amended and Superseding Settlement Agreement and Release. *See id.*; *see also* Pls.' Ex. 1 Supp. Second Am. Mot. Prelim. Approval, ECF No. 57-1.

The Court is not the repository for claims. *See* ECF No. 57-1 at 53 (noting claim forms are to be submitted electronically via the settlement website or in writing to Kroll Settlement Administration LLC).

The Court instructs counsel of record to confer and follow up with Green directly to assess whether he seeks to submit a claim. To the extent he does seek to do so, the Court expects counsel to provide Green with the information necessary for him to submit a valid claim.

The Court takes no further action.

**IT IS SO ORDERED**.

Dated this 25th day of August, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE