TO: U.S. District Court Clerk Office:          08/19/2025(solar)

    111-Locust Street

    Des Monies, IA. 50309

RECEIVED

AUG 2 5 2025

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

RE:   Notification of Filing of Claims :

Dear Clerk:

  This commercial instrument should be construed as filing of claim form for Purfoods. LLC litigation action in case of Douglas, et al – v- Purfoods, case no. 4:23-CV-00332-RGE-SBJ with your office.

  Kindly be advised that copies with mailed to Purfoods, LLC Data Incident, c/o/ Kroll Settlement Adminsitration LLC, P.o. Box 225391, New York, NY 10150-5391.

  Your office consideration and assistance in filing our claim forms with the court will be greatly appreciated.

Respectfully Submitted BY;

*Terri M. Deprinzio*

Terri M. Deprinzio

without prejudice

*Tayr Kilaab al Ghashiyah (Khan)*

Tayr Kilaab al Ghashiyah (Khan)

without prejudice

1868-22[th] Avenue, Apt # 1103

Kenosha, WI. 53140



8323300000000

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by:</u> October 30, 2025**

</td><td>

# CLAIM FORM FOR PURFOODS, LLC DATA INCIDENT

*Douglas et. al. v. Purfoods, LLC*
Case No.: 4:23-cv-00332-RGE-SBJ
United States District Court for the Southern District of Iowa

</td><td>

**PURFOODS-C**

</td></tr>
</table>

## USE THIS FORM ONLY IF YOU ARE A SETTLEMENT CLASS MEMBER

## GENERAL INSTRUCTIONS

If you received notice from PurFoods, LLC ("PurFoods") that your personal information may have been compromised as a result of a Data Incident involving PurFoods, you may submit a claim to receive settlement benefits, as outlined below.

Please refer to the "Long Notice" posted on the Settlement Website, www.PurFoodsDataSettlement.com, for more information on submitting a Claim Form and information on the aggregate cap on claims.

**To receive benefits from this settlement, you must submit the Claim Form below by October 30, 2025.**

This Claim Form may be submitted electronically via the Settlement Website at www.PurFoodsDataSettlement.com to receive an electronic payment.

If you prefer to submit your Claim Form on paper, please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

*PurFoods, LLC Data Incident*
*c/o* Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**You may submit a claim for the following benefits:**

**Documented Loss Payment**: As a Settlement Class Member, you may submit a claim for a Settlement Payment of up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel. You must submit documentation, such as receipts, to verify the costs you incurred and the relationship to the Data Incident.

**OR**

**Cash Award**: Instead of a Documented Loss Payment, as a Settlement Class Member, you may make a claim for a *pro rata* cash payment from the Settlement Fund (the amount to be calculated based on the amount remaining in the Settlement Fund after Costs of Settlement Administration, Taxes and Tax-Related Expenses, Service Awards, Fee Award and Costs, and Documented Loss payments are paid from the Settlement Fund). The Cash Award is estimated to be approximately $75.00. Cash Award payments shall not exceed $5,000.00.

**AND**

**Credit Monitoring and Insurance Services**: Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Settlement Payment.

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.





8 3 2 3 3 0 0 0 0 0 0 0 0

## I. PAYMENT SELECTION

If you would like to elect to receive your Settlement Class Member payment through electronic transfer, please visit the website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II. PROOF OF DATA INCIDENT SETTLEMENT CLASS MEMBERSHIP

[X]   Check this box to certify that you are an individual who may have been involved in the Data Incident and were notified that their personal information may have been impacted as a result of the Data Incident.

Enter the Settlement Class Member ID Number provided on your notice:

Class Member ID : 8 3 2 3 3 ____ ____ ____ ____ ____ ____ ____ ____

## III. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

_Terri   M_
**First Name**

_Deprinzio_
**Last Name**

_1868 - 22th   Avenue,   Apt# 1113_
**Address 1**

**Address 2**

_Kenosha_
**City**

_WI_   _53140_
**State**   **Zip Code**

**Email Address:** _Terri m Dsprinzio55 @ gmail.com_

**Telephone Number (optional):** ( _2 2 4_ ) _8 1 8_ - _9 2 0 7_

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.


83233


CF


Page 2 of 4

8 3 2 3 3 0 0 0 0 0 0 0 0

## IV.  CASH AWARD

Check the box if you wish to receive a *pro rata* Cash Award.

☒  Yes, instead of the documented loss payment described below, I choose a *pro rata* Cash Award estimated to be $75.00.

## V.  COMPENSATION FOR DOCUMENTED LOSSES

You are eligible to recover compensation for up to $5,000.00 per person for documented losses incurred as a result of the Data Incident, including, but not limited to:

(i)    *unreimbursed losses relating to fraud or identity theft;*
(ii)   *professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;*
(iii)  *costs associated with freezing or unfreezing credit with any credit reporting agency; and*
(iv)   *unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.*

You cannot submit a claim for documented losses if you select the Cash Award. **You must have documented losses incurred as a result of the Data Incident and submit documentation supporting your claim to obtain this reimbursement.**

☐  I have attached documentation showing that the claimed losses were more likely than not caused by the Data Incident. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | <u>11/17/23</u> (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | _ _ / ___ / __ __ (mm/dd/yy) | $_____.___ | |
| | _ _ / ___ / __ __ (mm/dd/yy) | $_____.___ | |
| | _ _ / ___ / __ __ (mm/dd/yy) | $_____.___ | |

**Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.**


83233


CF


Page 3 of 4



8 3 2 3 3 0 0 0 0 0 0 0 0

---

## VI. CREDIT MONITORING AND INSURANCE SERVICES

☒    **Three (3) years of Credit Monitoring and Insurance Services**

Check the box above if you wish to receive three (3) years of credit monitoring and insurance services (including $1,000,000.00 in identity theft insurance coverage) at no cost to you. If your claim is approved you will receive an activation code for the service by mail or email, along with instructions on how to activate the service. If you select this benefit, **you may also claim a Documented Loss Payment OR Cash Award.**

---

## VII. ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_Terri M Deprinzio_
Signature                                                                          Date (MM/DD/YYYY)

_Terri M Deprinzio_
Print Name

### Reminder Checklist

If your address changes or you need to make a future correction/update to the address you provide on this Claim Form, please visit the Contact section of the Settlement Website at **www.PurFoodsDataSettlement.com** and provide your updated address information. Make sure to include your Settlement Class Member ID and your phone number in case we need to contact you in order to complete your request.

For more information, please visit the Settlement Website at **www.PurFoodsDataSettlement.com,** or call the Settlement Administrator at **(833) 890-4931.**

**PLEASE DO NOT CALL THE COURT OR THE CLERK OF THE COURT**
**FOR ADDITIONAL INFORMATION.**

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.


83233


CF


Page 4 of 4



October 9, 2023

25 1 6555 ·····················AUTO**5-DIGIT 53140
TERRI DEPRINZIO
1868 22ND AVE APT 1113
KENOSHA, WI 53140-1472

Dear Terri,

There was a privacy issue involving your information. PurFoods, LLC, doing business as Mom's Meals ("Mom's Meals") provides meals on behalf of UnitedHealthcare ("UHC").

### WHAT HAPPENED?
- On February 22, 2023, Mom's Meals learned that a bad actor accessed our systems
- The bad actor took some of your information
- This happened between January 16, 2023, and February 22, 2023
- On July 10, 2023, Mom's Meals learned your information was included
- Mom's Meals reported this to UHC thereafter

### WHAT WAS SHARED?
The following information may have been disclosed:

1. name, date of birth, diagnosis code, health insurance information, meal category and/or cost, Medicare and/or Medicaid identification, and treatment information

### WHY DID THIS HAPPEN?
Bad actors stole this information for personal gain.

### WHAT WAS DONE ABOUT IT?
We acted quickly to make it harder for bad actors to steal information again by:
- Rebuilding compromised systems
- Changing passwords
- Training employees
- Increasing security and monitoring

### WHAT SHOULD I DO?
- You may want to check your credit. We have attached steps on how to do that.
- We would like to offer you identity monitoring services. We will pay for the cost of this program for 12 months. We have attached instructions on how to activate.

### WHAT IF I HAVE A QUESTION?
- You can call our free hotline: 866-676-4045
- Agents are available, Monday through Friday, from 8:00 a.m. to 5:30 p.m., Central Time, excluding major U.S. holidays

Sincerely,

Jane Sturtz
Privacy Officer

## Reference Guide

### 1. Review Your Account Statements

Remain vigilant for incidents of potential fraud and identity theft. Carefully review account statements and credit reports to make sure that all of your account activity is valid. Report any questionable charges promptly to the financial institution or company with which you maintain the account.

As a precaution to protect against misuse of your health information, we recommend that you remain vigilant and regularly monitor the explanation of benefits statements that you receive from your plan, and your bank and credit card statements, credit reports, and tax returns to check for any unfamiliar activity. If you notice any health care services that you did not receive listed on an explanation of benefits statement, please contact your plan. If you do not regularly receive explanation of benefits statements, you may request that your plan send you these statements following the provision of any health care services in your name or plan number by contacting your plan at the number on your member ID card. If you notice any suspicious activity on either your bank or credit card statement, or tax returns, please immediately contact your financial institution and/or credit card company, or relevant institution.

### 2. Order Your Free Credit Report

To order your free annual credit report, visit www.annualcreditreport.com, call toll-free at 1-877-322-8228, or complete the Annual Credit Report Request Form on the U.S. Federal Trade Commission's ("FTC") website at www.ftc.gov and mail it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348-5281. The three credit bureaus provide free annual credit reports only through the website, toll-free number, or request form.

Upon receiving your credit report, review them carefully. Look for any accounts you did not open. Look in the "inquires" section for names of creditors from whom you have not requested credit. Some companies bill under names other than their store or commercial names; the credit bureau will be able to tell if this is the case. Look in the "personal information" section for inaccuracies in information (such as home address and Social Security number).

If you see anything that you do not understand, call the credit bureau at the telephone number of the report. Errors may be a warning sign of possible identity theft. You should notify the credit bureaus of any inaccuracies in your report, whether due to error or fraud, as soon as possible so the information can be investigated and, if found to be in error, corrected. If there are accounts or charges you did not authorize, immediately notify the appropriate credit bureau by telephone and in writing. Information that cannot be explained should also be reported to your local police or sheriff's office because it may signal criminal activity.

### 3. Contact the U.S. Federal Trade Commission

If you detect any unauthorized transactions in your financial accounts, promptly notify the appropriate payment card company or financial institution. If you detect any incident of identity theft or fraud, promptly report the incident to your local law enforcement authorities, your state Attorney General and FTC.

You can contact the FTC to learn more about how to protect yourself from becoming a victim of identity theft by using the contact information below:

Federal Trade Commission
Consumer Response Center
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-IDTHEFT (438-4338)
1-866-653-4261 (TTY)
https://consumer.ftc.gov/features/identity-theft

### 4. Place a Fraud Alert on Your Credit File

To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect you against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be a victim of identity theft. The alert notifies the credit grantor to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free fraud numbers provided below. You will reach an automated telephone system that allows flagging your file with a fraud alert at all three bureaus.

**For District of Columbia Residents.** You can obtain additional identity theft information from the District of Columbia's Attorney General Office, Office of Consumer Protection, 400 6th Street, NW, Washington DC 20001, 1-202-442-9828, https://oag.dc.gov/consumer-protection/consumer-alert-identity-theft.

**For Iowa Residents.** You may contact law enforcement or the Iowa Attorney General's office to report suspected incidents of identity theft. The Iowa Attorney General's Office can be reached at:

Iowa Attorney General's Office
Director of Consumer Protection Division
1305 E. Walnut Street
Des Moines, IA 50319
Phone: 1-515-281-5926
Website: www.iowattorneygeneral.gov

**For Maryland Residents.** You can contact the Maryland Attorney General at:

Maryland Office of the Attorney General
Identity Theft Unit
200 St. Paul Place
25th Floor
Baltimore, MD 21202
Phone: 1-410-576-6491
Website: https://www.marylandattorneygeneral.gov/Pages/IdentityTheft/default.aspx

**For Residents of Massachusetts.** You have the right to obtain a police report with respect to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it.

**For New Mexico Residents:** New Mexico consumers have the right to obtain a security freeze or submit a declaration of removal.

You may obtain a security freeze on your credit report to protect your privacy and ensure that credit is not granted in your name without your knowledge. You may submit a declaration of removal to remove information placed in your credit report as a result of being a victim of identity theft. You have a right to place a security freeze on your credit report or submit a declaration of removal pursuant to the Fair Credit Reporting and Identity Security Act.

The security freeze will prohibit a consumer reporting agency from releasing any information in your credit report without your express authorization or approval. The security freeze is designed to prevent credit, loans and services from being approved in your name without your consent. When you place a security freeze on your credit report, you will be provided with a personal identification number, password or similar device to use if you choose to remove the freeze on your credit report or to temporarily authorize the release of your credit report to a specific party or parties or for a specific period of time after the freeze is in place. To remove the freeze or to provide authorization for the temporary release of your credit report, you must contact the consumer reporting agency and provide all of the following:

(1) the unique personal identification number, password or similar device provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) information regarding the third party or parties who are to receive the credit report or the period of time for which the credit report may be released to users of the credit report.

A consumer reporting agency that receives a request from a consumer to lift temporarily a freeze on a credit report shall comply with the request no later than three business days after receiving the request. As of September 1, 2008, a consumer reporting agency shall comply with the request within fifteen minutes of receiving the request by a secure electronic method or by telephone.

A security freeze does not apply in all circumstances, such as where you have an existing account relationship and a copy of your credit report is requested by your existing creditor or its agents for certain types of account review, collection, fraud control or similar activities; for use in setting or adjusting an insurance rate or claim or insurance underwriting; for certain governmental purposes; and for purposes of prescreening as defined in the federal Fair Credit Reporting Act.

If you are actively seeking a new credit, loan, utility, telephone or insurance account, you should understand that the procedures involved in lifting a security freeze may slow your own applications for credit. You should plan ahead and lift a freeze, either completely if you are shopping around or specifically for a certain creditor, with enough advance notice before you apply for new credit for the lifting to take effect. You should contact a consumer reporting agency and request it to lift the freeze at least three business days before applying. As of September 1, 2008, if you contact a consumer reporting agency by a secure electronic method or by telephone, the consumer reporting agency should lift the freeze within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act.

TO: PurFoods, LLC                                    10/21 /2023(solar)
    3210-SE Corporate Drive
    Ankeny, IA. 50021

TO:  United Healthcare
      9700 Heath Care Lane
     Minnetonka, Mn.  55343

### RE:  Notification of Indemnification


This commercial instrument should be construed as formal acknowledgment
of PurFoods Notice dated on October 09, 2023(solar) related to letters or
notice on theft of the undersigned's information.


This commercial instrument notifies PurFoods, LLC that the undersigned
did not authorized nor consented for United Healthcare to provide your company
with the undersigned information nor did the undersigned consent to do business
with PurFoods which required the undersigned information.


This commercial instrument notifies PurFoods LLC and United Healthcare
that the undersigned have full indemnification against fraud and theft of loss
of property or fraud.    United Healthcare transfer of the undersigned's information
to PurFoods constitutes a fraud.  The loss of undersigned's information constitutes
fraud and loss by force to extent of five (5) million dollars sum-certain.  For
informational purposes, a copy of Official Document N. 676-C is hereto attached
to notification.

Your office time and requirement to pay the undersigned in full amounts of loss of property and fraud indicated in Official document no 676-C requires your company to pay within ten (10) days of receipt of this notification.

Submitted By:

*Terri m Deprinzio*

Terri M. Deprinzio
  without prejudice
  1868-22th Avenue,  Apt. 1113
  Kenosha, WI. 53140

**Bismillah**
Ismaili State-Cherokee Nation
United States Condominium (at)
USA

---

Ismaili State                **OFFICIAL DOCUMENT NO.   676-C**

Ahkmer Qunsul, et al
                             RE: Affidavit of **Tayr Kilaab al Ghashiyah**
_____

STATE of WISCONSIN   *

COUNTY of KENOSHA   *
_____

**RE: To WHOM ALL COMES PRESENTS:**

1)     Affiant is Head of Ahkmer Qunsul, et al as of October 30th,
       1988(solar), registered at the County of Dodge, Juneau, WI. 53039

2)     Terri M. Deprinzio (jsi) is a Member of Ahkmer Qunsul, et al
       with full indemnification (re, contractual impairment (lex loci
       constractus) at the monetary rate of one-million-dollars (sum-
       certain, Kuwaiti Dinar (gold coin), loss of property by force or
       fraud to the monetary extent of five-million-dollars (sum-certain
       Kuwaiti Dinar (same as above), and ten-million dollars, sum-
       certain, Kuwaitii Dinar, for loss of life or liberty by unusual
       means or methods:

3)     In all fiscal transactions the Kuwaiti Dinar is considered
       at three-dollars-and forty-five cents on the foreign exchange as
       a fixed rate. (See, Wisconsin statute, sections §§ 403.106(1)(d),
       and 403.10(2), also see, United States of America Constitution
       at Article I, section 5th and 10th).

4)     That under STATE of WISCONSIN classification per citizenry,
       said Terri M. Deprinzio is considered as "Class D" citizen/alien;

5)    This affidavit is true and correct:

**Further Affiant Saith Not:**

**Affiant Juramentum Judiciable By:**



**Wazir Tayr Kilaab al Ghashiyah (Khan)**
Aiglemont, 60270
Gouvieux, France

<u>30 UST 3996;T.I.A.S. 9441</u>
11 UST  293: T.I.A.S. 4449

TO:  United Healthcare                                    03/26/2024(solar)
     9700-Health Care Lane
     Minnetonka. Mn.  55343


### RE: Notification of Formal Complaint:

This commercial instrument should be construed as a formal notification

of complaint with regards to undersigned's U-card for heathy foods.


On October 21, 2023(solar), the undersigned provided to United Healthcare

and PurFoods LLC formal notice regarding the loss or theft of her information

by United Healthcare and PurFoods.  For informational purposes,  a copy of

notification of Indemnification is hereto attached to this correspondence.

On March  04, 2024(solar), an agent from united Healthcare contacted

that the undersigned to inform her that someone was attempting to access

her accounts at United Healthcare and for that reason, United healthcare was

planning to issue a new U-card to account, however,  agent declared to add

the amount of $ 189.00 sum-certain for healthy foods.

Firstly,  it was United Healthcare fault that the undersigned's information

was stolen from PurFoods because United Healthcare gave them permitted

to send meals without the undersigned's consent.

Secondly, if United Healthcare did detest any type of fraud with account at start of the month. It wasn't a reason to decline to issue our $189.00 on the new card issued.

The undersigned as part of this formal complaint will demand that United Healthcare issue the amount of $184.00 sum-certain for March onto the undersigned's account for April because she was entitle to payment of healthy foods money.

Your office time and consideration to correct the payment of $ 189.00 sum-certain for Mach will be noted because the real fraud is based upon the factors that United Healthcare was at fault for theft of information and for not providing healthy foods allowance as part of contract.

Claimant By:

*Terri M. Deprinzio*

Terri M. Deprinzio
without prejudice
1868-22ᵗʰ Avenue, Apt. # 1113
Kenosha, WI 53140

TO: PurFoods, LLC.                          11/08/2024(solar)
    3210-SE Corporate Drive
    Ankeny, IA 50021

### RE: Notification for Settlement Agreement:

This commercial instrument should be construed as formal notification
and/or demand for settlement agreement PurFoods LLC entered into on subject
of breach of our personal data.

Your office may recall that on October 13, 2023(solar), the undersigned
provided to your office a copy of their notification of Indemnification after
learning of breach of data and information.  For informational purposes,  copies
of those notification(s) is hereto attached to this demand for a copy of settlement
agreement.

The undersigned's parties learned that PurFoods LLC was about to enter
into a settlement agreement in the courts.  The undersigned's parties currently
request your office to mail an copy of settlement agreement to us.

Your office time and consideration in mailing copies of PurFoods LLC
settlement agreement will be greatly appreciated and hope, we can work
out the details together.

                          Submitted By:

                          Terri M. Deprinzio
                          without prejudice

                          Tayr Kilaab al Ghashiyah (Khan)
                          without prejudice
                          1868=22th Avenue, Apt. 1103
                          Kenosha, WI. 53140



8 3 2 3 3 0 0 0 0 0 0 0 0

| Your claim must be submitted online or **postmarked by:** October 30, 2025 | **CLAIM FORM FOR PURFOODS, LLC DATA INCIDENT**<br><br>*Douglas et. al. v. Purfoods, LLC*<br>Case No.: 4:23-cv-00332-RGE-SBJ<br>United States District Court for the Southern District of Iowa | **PURFOODS-C** |
| --- | --- | --- |

## USE THIS FORM ONLY IF YOU ARE A SETTLEMENT CLASS MEMBER

## GENERAL INSTRUCTIONS

If you received notice from PurFoods, LLC ("PurFoods") that your personal information may have been compromised as a result of a Data Incident involving PurFoods, you may submit a claim to receive settlement benefits, as outlined below.

Please refer to the "Long Notice" posted on the Settlement Website, www.PurFoodsDataSettlement.com, for more information on submitting a Claim Form and information on the aggregate cap on claims.

**To receive benefits from this settlement, you must submit the Claim Form below by October 30, 2025.**

This Claim Form may be submitted electronically via the Settlement Website at www.PurFoodsDataSettlement.com to receive an electronic payment.

If you prefer to submit your Claim Form on paper, please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

> *PurFoods, LLC Data Incident*
> *c/o* Kroll Settlement Administration LLC
> P.O. Box 225391
> New York, NY 10150-5391

**You may submit a claim for the following benefits:**

**Documented Loss Payment**: As a Settlement Class Member, you may submit a claim for a Settlement Payment of up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel. You must submit documentation, such as receipts, to verify the costs you incurred and the relationship to the Data Incident.

**OR**

**Cash Award**: Instead of a Documented Loss Payment, as a Settlement Class Member, you may make a claim for a *pro rata* cash payment from the Settlement Fund (the amount to be calculated based on the amount remaining in the Settlement Fund after Costs of Settlement Administration, Taxes and Tax-Related Expenses, Service Awards, Fee Award and Costs, and Documented Loss payments are paid from the Settlement Fund). The Cash Award is estimated to be approximately $75.00. Cash Award payments shall not exceed $5,000.00.

**AND**

**Credit Monitoring and Insurance Services**: Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Settlement Payment.

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.








8 3 2 3 3 0 0 0 0 0 0 0 0

---

## I. PAYMENT SELECTION

If you would like to elect to receive your Settlement Class Member payment through electronic transfer, please visit the website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

---

## II. PROOF OF DATA INCIDENT SETTLEMENT CLASS MEMBERSHIP

[X] Check this box to certify that you are an individual who may have been involved in the Data Incident and were notified that their personal information may have been impacted as a result of the Data Incident.

Enter the Settlement Class Member ID Number provided on your notice:

Class Member ID : 8 3 2 3 3   D J W P Z K Z J

---

## III. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

Tayr Kilaab                    al Ghashiyah
First Name                     Last Name

1868 - 22nd Avenue,    Apt # 1103
Address 1


Address 2


Kenosha                        WI  5 3 1 4 0
City                           State      Zip Code

Email Address: jacblackbird5          @ gmail.com

Telephone Number (optional): ( 2 6 2 ) 3 2 7 - 8 9 4 4

---

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.

 
83233                          CF                      Page 2 of 4



8323300000000

---

## IV. CASH AWARD

Check the box if you wish to receive a *pro rata* Cash Award.

☒      Yes, instead of the documented loss payment described below, I choose a *pro rata* Cash Award estimated to be $75.00.

---

## V. COMPENSATION FOR DOCUMENTED LOSSES

You are eligible to recover compensation for up to $5,000.00 per person for documented losses incurred as a result of the Data Incident, including, but not limited to:

   (i)      *unreimbursed losses relating to fraud or identity theft;*
   (ii)     *professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;*
   (iii)    *costs associated with freezing or unfreezing credit with any credit reporting agency; and*
   (iv)     *unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.*

You cannot submit a claim for documented losses if you select the Cash Award. **You must have documented losses incurred as a result of the Data Incident and submit documentation supporting your claim to obtain this reimbursement.**

☐      I have attached documentation showing that the claimed losses were more likely than not caused by the Data Incident. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| Cost Type (Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | <u>11/17/23</u> (mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | __ __/__ __/__ __ (mm/dd/yy) | $_____._____ | |
| | __ __/__ __/__ __ (mm/dd/yy) | $_____._____ | |
| | __ __/__ __/__ __ (mm/dd/yy) | $_____._____ | |

---

**Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.**








8323300000000

---

## VI. CREDIT MONITORING AND INSURANCE SERVICES

☒    **Three (3) years of Credit Monitoring and Insurance Services**

Check the box above if you wish to receive three (3) years of credit monitoring and insurance services (including $1,000,000.00 in identity theft insurance coverage) at no cost to you. If your claim is approved you will receive an activation code for the service by mail or email, along with instructions on how to activate the service. If you select this benefit, **you may also claim a Documented Loss Payment OR Cash Award**.

---

## VII.  ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.



Signature                                                          Date (MM/DD/YYYY)

_Tayr  Kilaab  al  Ghashiyah_
Print Name

## **Reminder Checklist**

If your address changes or you need to make a future correction/update to the address you provide on this Claim Form, please visit the Contact section of the Settlement Website at **www.PurFoodsDataSettlement.com** and provide your updated address information. Make sure to include your Settlement Class Member ID and your phone number in case we need to contact you in order to complete your request.

For more information, please visit the Settlement Website at **www.PurFoodsDataSettlement.com**, or call the Settlement Administrator at **(833) 890-4931**.

### **PLEASE DO NOT CALL THE COURT OR THE CLERK OF THE COURT**
### **FOR ADDITIONAL INFORMATION**.

Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.


CF


Page 4 of 4

83233



September 25, 2023

20 1 7364 ****************AUTO**ALL FOR AADC 530
TAYR KI AL GHASHIYAH
1868 22ND AVE APT 1103
KENOSHA, WI 53140-1423
ɪʰɪʰɪɟɪʰɪɟɪɟɪɪɟɪʰɪɟɪɟɪɪʰɪɟɪɟɪʰɪɟɪɟɪʰɪɪʰɪɪɪɪɪʰɪɟɪʰ

Dear Tayr Ki:

As part of our vital mission of improving life through better nutrition at home, PurFoods, LLC, doing business as Mom's Meals ("PurFoods") may have provided you with one or more meal(s) through an arrangement with UnitedHealthcare. We are writing to notify you of a privacy issue involving some of your personal information.

**What Happened?** On February 22, 2023, we discovered suspicious activity on our systems and immediately launched an investigation with the help of third-party experts. The investigation determined that we experienced a cyberattack between January 16, 2023, and February 22, 2023, during which a bad actor may have taken data files from our systems. On July 10, 2023, we concluded our review of the potentially affected files and determined that they contained your information and notified UnitedHealthcare thereafter.

**What Information Was Involved?** The affected files included your name, Medicare and/or Medicaid identification, date of birth, diagnosis code, health insurance information, meal category and/or cost, and treatment information.

**What We Are Doing.** We notified federal law enforcement of this event and cooperated with their investigation. Safeguarding the privacy of information in our care is one of our highest priorities, so we have also taken steps to further strengthen our network security and are reviewing our existing policies and procedures to identify additional measures and safeguards.

**What You Can Do.** We encourage you to be watchful about potential identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity, as well as by reading the attached *Steps You Can Take to Protect Personal Information.* Though we are not aware of any actual or attempted misuse of your personal information, as an added precaution, we have arranged to offer you access to twelve (12) months of complimentary credit monitoring and identity restoration services provided through Kroll. Activation instructions are enclosed as well as a Reference Guide that provides details about other steps you may wish to take to monitor and help protect your information.

**For More Information.** We are truly sorry for any inconvenience or concern this incident may cause. If you have additional questions, please call us at 866-676-4045, Monday through Friday, from 8:00 a.m. to 5:30 p.m. Central Time, excluding major U.S. holidays. You may also write to PurFoods, LLC at 3210 SE Corporate Woods Drive, Ankeny, IA 50021.

Sincerely,

Jane Sturtz Privacy Officer

**4.      Place a Fraud Alert on Your Credit File**

To protect yourself from possible identity theft, consider placing a fraud alert on your credit file. A fraud alert helps protect you against the possibility of an identity thief opening new credit accounts in your name. When a credit grantor checks the credit history of someone applying for credit, the credit grantor gets a notice that the applicant may be a victim of identity theft. The alert notifies the credit grantor to take steps to verify the identity of the applicant. You can place a fraud alert on your credit report by calling any one of the toll-free fraud numbers provided below. You will reach an automated telephone system that allows flagging your file with a fraud alert at all three bureaus.

| Credit Agency | Mailing Address | Phone Number | Website |
|---|---|---|---|
| **Equifax** | P.O. Box 105069 Atlanta, GA 30348-5069 | **1-888-766-0008** | www.equifax.com |
| **Experian** | P.O. Box 9554 Allen, TX 75013 | **1-888-397-3742** | www.experian.com |
| **TransUnion** | P.O. Box 2000 Chester, PA 19016 | **1-800-680-7289** | www.transunion.com |

**5.      Place a Security Freeze on Your Credit File**

You may wish to place a "security freeze" on your credit file, at no cost to you, so that no new credit can be opened in your name without the use of a PIN number that is issued to you when you initiate a freeze. A security freeze generally will prevent creditors from accessing your credit file at the three nationwide credit bureaus without your consent. If you place a security freeze, potential creditors and other third parties will not be able to get access to your credit report unless you temporarily lift the freeze. Therefore, using a security freeze may delay your ability to obtain credit.

Unlike a fraud alert, you must separately place a security freeze on your credit file at each credit bureau. To place a security freeze on your credit report you must contact the credit reporting agency by phone, mail, or secure electronic means and provide proper identification of your identity. The following information must be included when requesting a security freeze (note that if you are requesting a credit report for your spouse, this information must be provided for him/ her as well): (1) full name, with middle initial and any suffixes; (2) Social Security number; (3) date of birth; (4) phone number, current address and any previous addresses for the past five years; and (5) any applicable incident report or complaint with a law enforcement agency or the Registry of Motor Vehicles. The request must also include a copy of a government-issued identification card and a copy of a recent utility bill or bank or insurance statement. It is essential that each copy be legible, display your name and current mailing address, and the date of issue.

You can request a security freeze for free by contacting the credit bureaus at:

| Credit Agency | Mailing Address* | Phone Number | Website |
|---|---|---|---|
| **Equifax** | P.O. Box 105788 Atlanta, GA 30348 | **1-800-349-9960** | www.equifax.com |
| **Experian** | P.O. Box 9554 Allen, TX 75013 | **1-888-397-3742** | www.experian.com |
| **TransUnion** | P.O. Box 160 Woodlyn, PA 19094 | **1-800-916-8800** | www.transunion.com |

Once you have submitted your request, the credit reporting agency must place the security freeze no later than 1 business day after receiving a request by phone or secure electronic means, and no later than 3 business days after receiving a request by mail. No later than five business days after placing the security freeze, the credit reporting agency will send you confirmation and information on how you can remove the freeze in the future.

**Additional Attorney General Office Identity Theft Resources.** You can obtain information from your state's Attorney General's Office about security breach response and steps you can take to help prevent identify theft. Please see the information below for states that provide these resources:

**For California Residents.** You can obtain additional information from the California Department of Justice's Privacy Enforcement and Protection Unit (https://oag.ca.gov/privacy) to learn more about protection against identity theft.

7364

within fifteen minutes. You have a right to bring a civil action against a consumer reporting agency that violates your rights under the Fair Credit Reporting and Identity Security Act.

**For New York Residents.** You may also obtain information about security breach response and identity theft prevention and protection from the New York Attorney General's Office:

Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Phone: 1-800-771-7755
Website: www.ag.ny.gov

**For North Carolina Residents.** You can obtain information about preventing and avoiding identity theft from the North Carolina Attorney General at:

North Carolina Attorney General's Office
Consumer Protection Division
9001 Mail Service Center
Raleigh, NC 27699-9001

Phone: 1-877-566-7226 (Toll-free within North Carolina), 1-919-716-6000
Website: https://ncdoj.gov/
Identity Theft Link: https://ncdoj.gov/protecting-consumers/protecting-your-identity/

**For Oregon Residents.** State laws advise you to report any suspected identity theft to law enforcement, as well as the Federal Trade Commission. You can contact the Oregon Department of Justice at:

Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301

Phone: 1-877-877-9392
Website: www.doj.state.or.us

**For Rhode Island Residents.** You have a right to file or obtain a police report related to this incident. You may also obtain information about preventing and avoiding identity theft from the Rhode Island Attorney General at:

Rhode Island Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903

Phone: 1-401-274-4400
Website: http://www.riag.ri.gov/ConsumerProtection/About.php#

**TO:** PurFoods, LLC                    10/13/2023(solar)
    3210-SE Corporate Drive
    Ankeny, IA. 50021

**TO:**  United Healthcare
    9700 Heath Care Lane
    Minnetonka, Mn.  55343

### RE: Notification of Indemnification

This commercial instrument should be construed as formal acknowledgment of PurFoods Notice dated on September 25, 2023(solar) related to letters or notice on theft of the undersigned's information.

This commercial instrument notifies PurFoods, LLC that the undersigned did not authorized nor consented for United Healthcare to provide your company with the undersigned information nor did the undersigned consent to do business with PurFoods which required the undersigned information.

This commercial instrument notifies PurFoods LLC and United Healthcare that the undersigned have full indemnification against fraud and theft of loss of property or fraud.    United Healthcare transfer of the undersigned's information to PurFoods constitutes a fraud.  The loss of undersigned's information constitutes fraud and loss by force to extent of five (5) million dollars sum-certain.  For informational purposes, a copy of Official Document N. 676-A is hereto attached to notification.

Your office time and requirement to pay the undersigned in full amounts of loss of property and fraud indicated in Official document no 676-A requires your company to pay within ten (10) days of receipt of this notification.

Submitted By:

Tayr Kilaab al Ghashiyah (Khan)
without prejudice
1868-22[th] Avenue, Apt. 1103
Kenosha, WI. 53140

BISMILLAH
ISMAILI STATE - CHEROKEE NATION
UNITED STATES CONDOMINIUM (at)
USA
1411 A.H.  -  1204H.  -  1990 (solar)

| | | |
|---|---|---|
| ISMAILI STATE | * | |
| | * SS | OFFICIAL DOCUMENT NO. __676-A__ |
| AHKMER QUNSUL, et al | * | Re: AFFIDAVIT OF SHAKH AMIK bin-RILLA (jsi) |
| | * | |
| | * | |
| STATE OF WISCONSIN | * SS | |
| | * | |
| COUNTY OF MILWAUKEE | * | |
| | * | |

Re: TO WHOM ALL COMES PRESENTS,

1. AFFIANT is Head of AHKMER QUNSUL, et al as of November 12th 1975, registered at the County of Dodge, Juneau, WI, 53039..

2. Al Tayr Kilaab Gashiyah (jsi) is a Member of AHKMER QUNSUL, et al with full indemnification (œ, contractual impairment (lex loci contractus) at the monetary rate of one-million-dollars (sum-certain, Kuwaitii Dinar (gold coin), loss of property by force or fraud to the monetary extent of five-million-dollars (sum-certain, Kuwaitii Dinar(same as above), and ten-million-dollars, sum-certain, Kuwaitii Dinar, for loss of life or liberty by unusual means or methods.

3. In all fiscal transactions the Kuwaitii Dinar is considered at Three-dollars-dollars and forty-five cents on the foreign exchange as a fixed rate. (See, Wis., Stats., Secs., 403.106 (1)d) and 403.10// (2), also see, United States of America Constitution at Article I Sections 5th and 10th).

4. That under State of Wisconsin classification per citizenry, said Gashiyah (jsi) is considered as "Class D" citizen/alien.

5. This AFFIDAVIT is true and correct.

FURTHER AFFIANT SAITH NOT.     AFFIANT JURAMENTUM JUDICIALE BY,

Done this day (10/20th, 1990 (solar)   Shakh Amik bin-Rilla (jsi)
at 1032 No. 21st Street      a/k/as, James R. Preston
Milwaukee, WI. 53233       Aiglemont, 60270
                        Gouvieux, FRance
20 Rabi Awwal, 1411 A.H.      30 UST 3996: T.I.A.S. 9441
25 Ramadhan, 1204H. (Ismailis).   11 UST 293: T.I.A.S. 4449

ccs: File (AQ, et al)

TO: PurFoods, LLC.                              11/08/2024(solar)
    3210-SE Corporate Drive
    Ankeny, IA 50021

### RE: Notification for Settlement Agreement:

This commercial instrument should be construed as formal notification

and/or demand for settlement agreement PurFoods LLC entered into on subject

of breach of our personal data.

Your office may recall that on October 13, 2023(solar), the undersigned

provided to your office a copy of their notification of Indemnification after

learning of breach of data and information.  For informational purposes,  copies

of those notification(s) is hereto attached to this demand for a copy of settlement

agreement.

The undersigned's parties learned that PurFoods LLC was about to enter

into a settlement agreement in the courts.  The undersigned's parties currently

request your office to mail an copy of settlement agreement to us.

Your office time and consideration in mailing copies of PurFoods LLC

settlement agreement will be greatly appreciated and hope, we can work

out the details together.

Submitted By:

Terri M. Deprinzio
without prejudice

Tayr Kilaab al Ghashiyah (Khan)
without prejudice
1868=22th Avenue, Apt. 1103
Kenosha, WI. 53140

*PurFoods, LLC Data Incident*
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

**ELECTRONIC SERVICE REQUESTED**

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
LANSDALE, PA
PERMIT NO. 491

---

**LEGAL NOTICE**

*Douglas, et al. v. PurFoods, LLC*
*Case No. 4:23-cv-00332-RGE-SBJ*

If PurFoods, LLC ("PurFoods" or "Defendant")
Notified You Of A Data Incident, You May Be Eligible
For Benefits From A Class Action Settlement

This is not a solicitation from a lawyer.

**This is NOT a Claim Form.**

For more information about the Settlement
and how to file a Claim Form visit or call:

www.PurFoodsDataSettlement.com
(833) 890-4931

---

**POSTMASTER: Please do not mark barcode**



Class Member ID: 83233DJWPZKZJ

T1572 P1 ********************AUTO**5-DIGIT 53140          602345
TAYR AL GHASHIYAH
1868 22ND AVE APT 1103
KENOSHA WI 53140-1423

**A proposed settlement has been reached in a class action lawsuit known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ, filed in the United States District Court for the Southern District of Iowa (S.D. Iowa).**

**What is this about?**
This case is known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332- RGE-SBJ ("Litigation"), filed in the United States District Court for the Southern District of Iowa. The persons who sued are called the "Plaintiffs" or "Representative Plaintiffs" and the company they sued, PurFoods, LLC ("PurFoods") is known as the "Defendant" in this case. The Representative Plaintiffs in the Litigation allege that between January 16, 2023, and February 22, 2023, PurFoods was affected by a cyberattack in which some personal information regarding some of PurFoods' customers, employees, and/or independent contractors may have been accessed, stolen, or compromised (the "Data Incident"). In August and September of 2023, PurFoods sent notice of the Data Incident to approximately 1,249,219 individuals. PurFoods denies any wrongdoing.

**Who is a Settlement Class Member?**
All residents of the United States who were sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident. Excluded from the Settlement Class are: (i) PurFoods and its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the Court's immediate family members; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

**What are the benefits?** The settlement provides the following benefits:
• **Documented Loss Payment:** Each Settlement Class Member may submit a claim for up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.
• **Cash Award:** A Settlement Class Member may, instead of making a claim for a Documented Loss Payment as described above, make a claim for a pro rata Cash Award, which will be calculated based on the amount remaining in the Settlement Fund after Documented Loss Payments and other expenses are paid. The Cash Award payments are estimated to be $75.00. A Cash Award shall not exceed $5,000.00.

• **Credit Monitoring and Insurance Services:** Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Documented Loss Payment or Cash Award.

**How to make a claim.** You must file a Claim Form by mail postmarked by October 30, 2025, and mailed to the Settlement Administrator's address below, or online at www.PurFoodsDataSettlement.com by October 30, 2025, to receive compensation from the settlement.

**What are my other rights?**
• **Do Nothing:** If you do nothing, you remain in the settlement. You give up your rights to sue but you will not get any compensation as a Settlement Class Member.
• **Exclude yourself:** You can get out of the settlement and keep your right to sue about the claims in this Litigation, but you will not get any compensation from the settlement. You must submit a Request for Exclusion to the Settlement Administrator by September 30, 2025. Detailed instructions on how to exclude yourself can be found on the Long Notice found on the Settlement Website, www.PurFoodsDataSettlement.com.
• **Object:** You can stay in the settlement but tell the Court why you think the settlement should not be approved. Your written objection must be submitted by September 30, 2025. Detailed instructions on how to object can be found on the Long Notice found on the Settlement Website, www.PurFoodsDataSettlement.com.
• **Attend a hearing:** The Court will hold the Final Approval Hearing on November 20, 2025 at 11:00 a.m. CT, to consider whether the proposed settlement is fair, reasonable, and adequate, to consider Settlement Class Counsel's Fee Award and Costs of ($1,416,525.00 plus expenses) and request for a Service Award of $2,500.00 to each Representative Plaintiff, and to consider whether they should be approved. You may attend the hearing, and may be represented by your own attorney at your own expense, but you don't have to.

*This is only a summary.* For additional information, including a copy of the Settlement Agreement and other documents, visit the Documents section of the Settlement Website, www.PurFoodsDataSettlement.com, or call (833) 890-4931. You may also contact the Settlement Administrator to update your address or contact information at PurFoods, LLC Data Incident, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

Teqr Kilaab al Ghashiyah
1768 - 22nd Avenue, Apt #1103
Kenosha, WI 53140

Retail     

U.S. POSTAGE PAID
FCM LG ENV
KENOSHA, WI 53140
AUG 19, 2025

RDC 99    50309    **$3.00**

S2324K502289-21

US District Court Clerk Office

111 - Locust Street

Des Moines, IA. 50309

X-RAYED & CLEARED BY U.S.M.S.