## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br><br>**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS** |

Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young, by and through the undersigned counsel, respectfully move this Court to approve (1) an award of attorneys' fees in the amount of one-third of the Total Settlement Consideration[1] (*i.e.*, $1,416,666.67) and expense reimbursement in the amount of $13,167.18, and (2) Service Awards of $2,500.00 to each of the Representative Plaintiffs (for a total of $27,500.00).

The law and facts in support of this Motion are detailed in the *Memorandum of Law in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards* and *Declaration of William B. Federman in Support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards* and corresponding exhibits filed therewith.

---

[1] The capitalized terms herein shall have the same meanings as those defined in Section IV.1 of the Amended and Superseding Settlement Agreement and Release (Dkt. No. 57-1).

DATED: September 16, 2025

Respectfully submitted,

*/s/Tyler J. Bean*

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (646) 357-1732
tbean@sirillp.com

Daniel O. Herrera*
Nickolas J. Hagman (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL, LLP**
135 S. LaSalle, Suite 3210 Chicago, Illinois
60603 Telephone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave. Oklahoma
City, OK 73120 Telephone: (405) 235-1560
wbf@federmanlaw.com

*Settlement Class Counsel*

**Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2025, I filed the foregoing document with the Court via CM/ECF.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: September 16, 2025                      */s/Tyler J. Bean*