Johnnie Brown
10225 Bissonnet #2242
Houston, TX 77036
jennad281@gmail.com
8322028127

Date: 9/22/2025

**To Whom It May Concern,**

RECEIVED
SEP 2 6 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

I am writing to formally request consideration for the **maximum Cash Award** of up to **$5,000.00** related to the recent settlement in *Douglas et al v. PurFoods, Inc., Case No. 4:23-cv-00332-RGE-SBJ*.

I am a member of the affected class and received notice confirming that my personal information was compromised in the data incident between January and February of 2023. As a direct result of this breach, I have experienced significant **emotional and health-related distress**, which I believe warrants full compensation.

Due to unauthorized credit activity following the breach, my credit report has shown **multiple inquiries** that I did not initiate. These financial consequences have been both **unfair and unanticipated**, directly affecting my living stability and my impacted creditworthiness.

The ongoing anxiety and stress related to the loss of my personal data have had a **measurable impact on my mental health**, including sleep disruption and increased anxiety. I have had to seek additional care for my **mental and physical health**, and the uncertainty surrounding potential identity theft continues to cause serious emotional distress. I receive approximately 10-15 calls per day from "potential spam", which the magnitude from this alone has diminished my quality of life.

I have spent a considerable amount of time monitoring my credit, communicating with credit bureaus, gathering documentation, and managing the fallout from the breach — all at personal time and resources. These efforts have significantly interfered with my daily responsibilities and overall well-being.

Given the above, I respectfully ask that you **approve my claim for the full $5,000.00 cash award**, or alternatively, grant the maximum amount permitted based on the circumstances of my inconvenience and the emotional toll I have endured.

Please let me know if you require any additional documentation or clarification to support my claim. I am committed to providing any necessary information to ensure my case is fairly considered.

Thank you for your time, consideration, and understanding.

Sincerely,

*[signature]*
**Johnnie Brown**

Johnnie Brown
9803 W. San Houston Pkwy S. #2542
Houston Tx. 77099

Case 4:23-cv-00332-RGE-SBJ    Document 66    Filed 09/26/25    Page 2 of 2

HOUSTON TX RPDC 773
22 SEP 2025 PM 1 L

X-RAYED & CLEARED BY U.S.M.S.

Clerk of Court
111 Locust St.
Des Moines,
IA 50309

50309-177699