# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>    Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>    Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young, hereby move this Court for final approval of the Settlement Agreement[1] preliminarily approved by this Court on June 17, 2025. Dkt. No. 59. Plaintiffs respectfully request that this Court:

  a.  Grant final certification of the Settlement Class for settlement purposes, finally appoint Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'Angelo, Christine Ashe, Vernita Ford, and Diane Young as Representative Plaintiffs, and finally appoint Cafferty Clobes Meriwether & Sprengel LLP, Milberg Coleman Bryson Phillips Grossman PLLC, Siri & Glimstad LLP, and

---

[1] The capitalized terms used herein shall have the same meaning as those defined in the Amended and Superseding Settlement Agreement and Release (Dkt. No. 57-1).

    Federman & Sherwood as Settlement Class Counsel;

b. Approve the requested attorneys' fees of one-third of the Total Settlement Consideration ($1,416,666.67), expenses of $13,167.18, and Service Awards in the amount of $2,500 to each of the Representative Plaintiffs (for a total of $27,500);

c. Find that the Notice Program met the requirements of due process and Federal Rule of Civil Procedure 23;

d. Find that the terms of the Amended and Superseding Settlement Agreement and Release are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

e. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the terms of the Settlement Agreement and all orders of the Court, and;

f. Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

 This Motion is based on the Declaration of Patrick Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement filed herewith; the Declaration of Gary Klinger in Connection with Final Approval of Settlement filed herewith; Plaintiffs' Second Amended Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 57) and accompanying documents; Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 65) and accompanying documents; all other pleadings and papers on file in this Litigation; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for November 20, 2025.

Defendant does not oppose the relief sought in this motion.

Wherefore, premises considered, Plaintiffs request that this Court grant this Motion and grant the Motion for Attorneys' Fees, Expenses, and Service Awards.

DATED: November 6, 2025                           Respectfully submitted,

*/s/William B. Federman*
William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
tbean@sirillp.com

Daniel O. Herrera*
Nickolas J. Hagman*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL, LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
dherrera@caffertyclobes.com
nhagman@caffertyclobes.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Settlement Class Counsel*

*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of November 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Southern District of Iowa via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

                                      */s/ William B. Federman*
                                      William B. Federman