# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | Case No.: 4:23-cv-00332-RGE-SBJ<br><br>CLASS ACTION<br><br>**DECLARATION OF PATRICK M. PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: November 20, 2025<br>Time: 11:00 a.m. CT<br>Courtroom 410<br><br>The Hon. Rebecca Goodgame Ebinger |

I, Patrick M. Passarella, declare as follows:

<u>**INTRODUCTION**</u>

1.      I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the settlement.

2.      Kroll has extensive experience in class action matters, having provided services in class action settlements involving antitrust, privacy, securities fraud, labor and employment,

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

consumer, and government enforcement matters. Kroll has provided notification and/or claims administration services in more than 3,000 cases.

## BACKGROUND

3.      Kroll was appointed as the Settlement Administrator to provide notification and claim administration services in connection with the Amended and Superseding Settlement Agreement and Release (the "Settlement Agreement") entered into in this Litigation. Kroll's duties in connection with the Settlement Agreement have and will include: (a) preparing and sending notice in connection with the Class Action Fairness Act; (b) receiving and analyzing the Class Member List from Defendant's Counsel and from Kroll Information Assurance, LLC's Identity Theft and Breach Notification team ("ITBN"); (c) creating a Settlement Website with online claim filing capabilities; (d) establishing a toll-free telephone number; (e) establishing a post office box for the receipt of mail; (f) preparing and sending the Short Notice via first-class mail; (g) preparing and sending the Short Notice via email (the "Email Notice"); (h) receiving and processing mail from the United States Postal Service ("USPS") with forwarding addresses; (i) receiving and processing undeliverable mail, without a forwarding address, from the USPS; (j) receiving and processing Claim Forms; (k) receiving and processing Requests for Exclusion and objections; and (l) such other tasks as counsel for the Parties or the Court request Kroll to perform.

## NOTICE PROGRAM

### The CAFA Mailing

4.      As noted above, on behalf of the Defendant, Kroll provided notice of the proposed settlement pursuant to the Class Action Fairness Act, 28 U.S.C. §1715(b).   At Defendant's Counsel's direction, on June 5, 2025, Kroll sent the CAFA Notice identifying the documents required, a true and correct copy of which is attached hereto as **Exhibit A**, via first-class certified mail, to (a) the Attorney General of the United States, (b) the fifty-three (53) state and territorial Attorneys General identified in the service list for the CAFA Notice, attached hereto as **Exhibit B** and (c) via email to the Nevada Attorney General. All the documents relating to the settlement

referenced in the CAFA Notice were provided to the Attorneys General in electronic format on an enclosed flash drive or via email attachment.

**Data and Case Setup**

5.      On September 20, 2024, Kroll created a dedicated Settlement Website entitled www.PurFoodsDataSettlement.com.  The Settlement Website "went live" on August 1, 2025, and contains a summary of the settlement, important dates and deadlines, contact information for the Settlement Administrator, answers to frequently asked questions, downloadable copies of relevant documents, including the Complaint, Settlement Agreement, Preliminary Approval Order, Long Notice, and Claim Form, and allowed Settlement Class Members an opportunity to file a Claim Form online.

6.      On June 23, 2025, Kroll established a toll-free telephone number, (833) 890-4931, for Settlement Class Members to call and obtain additional information regarding the settlement through an Interactive Voice Response ("IVR") system and through speaking with a live operator. As of October 29, 2025, the IVR system has received 7,900 calls, and 4,286 callers have been connected to live operators.

7.      On June 25, 2025, Kroll designated a post office box with the mailing address *PurFoods, LLC Data Incident*, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391, in order to receive Requests for Exclusion, Claim Forms, objections, and correspondence from Settlement Class Members.

8.      On June 27, 2025, Kroll received two (2) files from ITBN that contained 1,249,214 records, including first name, last name, and physical mailing addresses for Settlement Class Members. Kroll also received one (1) data file from Defendant which contained 234,082 records with supplemental contact information that included email addresses for some Settlement Class Members.  Kroll undertook several steps to review the Class Member List for the dissemination of direct notice, including cleaning the data, matching records across the three (3) data files received, and removing twenty-three (23) duplicate records, resulting in a total of 1,249,191 unique records.

9.      In an effort to ensure that the Short Notice would be deliverable to Settlement Class Members by first-class mail, Kroll first identified 70,967 records from the Class Member List for which the initial notice of the Data Incident had been returned as undeliverable without a forwarding address.  Kroll performed an advanced address search on those records, which produced 55,812 updated addresses, leaving 15,155 records for which no valid physical mailing address was available. Kroll then ran the Class Member List through the USPS's National Change of Address ("NCOA") database and updated the Class Member List with address changes received from the NCOA.

10.      After this process, of the 1,249,191 unique Settlement Class Member records, 225,041 records contained an email address and a valid physical mailing address, 1,008,995 records contained only a physical mailing address, and 15,155 records contained neither an email address or a valid physical mailing address.

**The Notice Program**

11.      On August 1, 2025, Kroll caused the mailing of 1,008,995 Short Notices via first-class mail.  A true and correct copy of the Short Notice, along with the Long Notice and Claim Form, are attached hereto as **Exhibits C, D, and E,** respectively.

12.      On August 1, 2025, Kroll caused the Email Notice to be sent to the 225,041 email addresses on file for Settlement Class Members, as noted above.  A true and correct copy of a complete exemplar Email Notice (including the subject line) is attached hereto as **Exhibit F.**  Of the 225,041 emails attempted for delivery, 62,983 emails were rejected/bounced back as undeliverable, and Kroll subsequently caused the mailing of Short Notices to the physical mailing address associated with each of those records.

## NOTICE PROGRAM REACH

13.      As of October 23, 2025, 5,828 Short Notice were returned by the USPS with a forwarding address.  Of those, 5,820 Short Notices were automatically re-mailed to the updated addresses provided by the USPS. The remaining eight (8) Short Notices were re-mailed by Kroll to the updated address provided by the USPS.

14.    As of October 23, 2025, 153,273 Short Notices were returned by the USPS as undeliverable as addressed, without a forwarding address.  Kroll ran 148,595 undeliverable records through an advanced address search.[2] The advanced address search produced 67,903 updated addresses. Kroll has re-mailed Short Notices to the 67,903 updated addresses obtained from the advance address search.

15.    Based on the foregoing, following all Short Notice re-mailings, Kroll has reason to believe that direct notice likely reached 1,148,666 of the 1,249,191 Settlement Class Members, which equates to a reach rate of the direct mail notice of approximately 91.95%.  This reach rate is consistent with other court-approved, best-practicable notice programs and Federal Judicial Center Guidelines, which state that a notice plan that reaches[3] over 70% of targeted class members is considered a high percentage and the "norm" of a notice campaign.[4]

---

[2] The remaining 4,678 undeliverable Short Notices received to date were received after the final advanced address search was run and therefore those records were not included in the search.

[3] FED. JUD. CTR., *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* (2010), *available at* https://www.fjc.gov/sites/default/files/2012/NotCheck.pdf. The guide suggests that the minimum threshold for adequate notice is 70%.

[4] Barbara Rothstein and Thomas Willging, Federal Judicial Center Managing Class Action Litigation:  A Pocket Guide for Judges, at 27 (3d ed. 2010).

| Direct Notice Program Dissemination & Reach | | |
|---|---|---|
| **Description** | **Volume of Class Members** | **Percentage of Class Members** |
| Settlement Class Members | 1,249,191 | 100.0% |
| **Initial Email Notice Mailing** | | |
| (+) Email Notices (Initial Campaign) | 225,041 | 18.01% |
| (-) Total Email Notices Bounced/Rejected as Undeliverable | (62,983) | (5.04%) |
| **Initial Short Notice Mailing** | | |
| (+) Short Notices Mailed (Initial Campaign) | 1,008,995 | 80.77% |
| (+) Short Notices Mailed to Email Notice Bounced/Rejected | 62,983 | 5.04% |
| (-) Total Short Notices Returned as Undeliverable | (153,273) | (12.27%) |
| **Supplemental Short Notice Mailing** | | |
| (+) Total Unique Short Notices Re-mailed | 67,903 | 5.44% |
| (-) Total Undeliverable (Re-Mailed) Short Notices | (0) | (0%) |
| **Direct Notice Program Reach** | | |
| (=) Likely Received Direct Notice | 1,148,666 | 91.95% |

## CLAIM ACTIVITY

16.     The Claims Deadline is October 30, 2025.

17.     As of October 29, 2025, Kroll has received 748 Claim Forms through the mail and 10,828 Claim Forms filed electronically through the Settlement Website.  Kroll is still in the process of reviewing and validating Claim Forms. The current claims rate is 0.93%.

18.     To prevent Claim Forms from being filed by individuals outside the Settlement Class and to curtail fraud, Settlement Class Members were provided a unique "Class Member ID" on their respective notices as part of the claims process. The Class Member ID is required for Settlement Class Members to file a Claim Form online.

## EXCLUSIONS AND OBJECTIONS

19.     The Opt-Out Date and Objection Date was September 30, 2025.

20.     Kroll has received two (2) timely Requests for Exclusion and one (1) objection to the settlement. A list of the exclusion requests is attached hereto as **Exhibit G**.  The objection is attached hereto as **Exhibit H**.

## COSTS OF SETTLEMENT ADMINISTRATION

21.    As of October 29, 2025, Kroll has billed $656,321.76 for services and fees incurred in the administration of this matter. Kroll estimates that it will bill an additional $45,620.41 to complete the administration of this settlement. The current estimate is subject to change depending on factors such as the number of Claim Forms remaining to be reviewed, number of Claim Forms received, and/or any settlement administration scope change not currently under consideration.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on November 5, 2025, in Summerville, South Carolina.

_____
Patrick M. Passarella

# Exhibit A

# COVINGTON

BEIJING  BOSTON  BRUSSELS  DUBAI  FRANKFURT
JOHANNESBURG  LONDON  LOS ANGELES  NEW YORK
PALO ALTO  SAN FRANCISCO  SEOUL  SHANGHAI  WASHINGTON

Covington & Burling LLP
3000 El Camino Real, 10th Floor
5 Palo Alto Square
Palo Alto, CA 94306-2112
T  +1 650 632 4700

**By Method Identified in Exhibit 1 – Service List**                    June 5, 2025

**To: The United States Attorney General and State Attorneys General
Identified in Exhibit 1 – Service List**

> **Re: Supplemental Notice of Proposed Settlement Pursuant to
> the Class Action Fairness Act (28 U.S.C. § 1715) in *Douglas,
> et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ
> (S.D. Iowa)**

To Whom It May Concern:

We write on behalf of Defendant PurFoods, Inc. ("PurFoods") pursuant to 28 U.S.C.
§ 1715 to notify you of a proposed class action settlement in *Douglas, et al. v. PurFoods, LLC*,
Case No. 4:23-cv-00332-RGE-SBJ (S.D. Iowa) ("Action"). The Action arises from the alleged
compromise of Plaintiffs' and the settlement class members' personally identifiable information
due to a breach of PurFoods' network and systems (the "Data Incident").

This proposed settlement supersedes a previous version that was the subject of a notice
we sent your office on or around November 4, 2024, at the time using the case caption "*In re:
PurFoods, Inc. Data Security Litigation.*" Since then, the parties have revised the settlement
agreement and accompanying exhibits at the court's direction to make various clarifications and
address miscellaneous clerical issues. The substance of the proposed settlement and the
benefits available to class members have not changed. Nonetheless, given the passage of time
and the execution of a revised settlement agreement we are providing this courtesy notice to
ensure your office has the latest information about this settlement.

In accordance with 28 U.S.C. § 1715(b), PurFoods states as follows:

1.      **Complaints and Related Materials (28 U.S.C. § 1715(b)(1))**

The Complaint can be located on the electronic docket for the above-referenced case at
ECF Docket Number 1, and the attachment to the Complaint appears at ECF Docket Number
1-1. The Consolidated Class Action Complaint can be found at ECF Docket Number 30, and the
attachment to the Consolidated Class Action Complaint appears at ECF Docket Number 30-1.
Copies of the Complaint and the Consolidated Class Action Complaint are included in electronic
format on the enclosed flash drive as Exhibits 2 and 3, respectively. All other pleadings and
records filed in this Action are available through the federal government's PACER service at
http://www.pacer.gov.

2.      **Notice of Any Scheduled Judicial Hearing (28 U.S.C. § 1715(b)(2))**

The Court has not yet scheduled a hearing related to the proposed class action settlement
in the Action.

**COVINGTON**

June 5, 2025
Page 2

### 3.      Proposed Notification to Class Members (28 U.S.C. § 1715(b)(3))

The proposed notice plan is outlined in Section 3.3 of the Amended and Superseding Settlement Agreement and Release, which is included in electronic format on the enclosed flash drive as Exhibit 4.  The Settlement Administrator will conduct the proposed notification to members of the settlement class.  PurFoods has provided or will provide the Settlement Administrator with the names and email and/or physical addresses of all settlement class members identified through its records.  Those settlement class members will be contacted directly based on this information via mail and/or email.  A copy of the proposed short form notice to be sent directly to settlement class members, which informs members of their right to request exclusion from the settlement, is included in electronic format on the enclosed flash drive as Exhibit 5.  The Settlement Administrator will also establish a settlement website to which settlement class members may refer for information about the lawsuit and settlement and submit online claim forms and inquiries.  A copy of the proposed long form notice to be posted on the settlement website is included in electronic format on the enclosed flash drive as Exhibit 6.

### 4.      Proposed Class Action Settlement Agreement (28 U.S.C. § 1715(b)(4))

A copy of the executed Amended and Superseding Settlement Agreement and Release is included in electronic format on the enclosed flash drive as Exhibit 4.

### 5.      Other Agreements Between Counsel (28 U.S.C. § 1715(b)(5))

No settlement or other agreement has been contemporaneously made between Plaintiffs' counsel and PurFoods' counsel.

### 6.      Final Judgment (28 U.S.C. § 1715(b)(6))

There has been no final judgment or notice of dismissal of the Action entered by the Court.  Accordingly, no such document is presently available.

### 7.      Estimate of the Number of Class Members in Each State (28 U.S.C. § 1715(b)(7)(B))

The proposed settlement class members include all residents of the United States who were sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident.  Because of the number of individuals who were sent notices—approximately 1,249,219 individuals—it is not feasible to provide the name and state of residence for each of the settlement class members covered by the proposed settlement.  Exhibit 7, which is included in electronic format on the enclosed flash drive, contains a table providing a reasonable estimate of the total number of settlement class members in each state and the estimated proportionate share of the claims of those members to the entire settlement.

**COVINGTON**

June 5, 2025
Page 3

### 8.    Judicial Opinions Related to the Settlement (28 U.S.C. § 1715(b)(8))

Attached as Exhibits 8 and 9 are two judicial opinions relating to previous motions for preliminary approval of the prior version of the settlement agreement in this case.

If you have any questions about this notice, the Action, or the enclosed materials, please feel free to contact the undersigned counsel.

Sincerely,

*/s/ Kathryn E. Cahoy*

Kathryn E. Cahoy
Covington & Burling LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4735
kcahoy@cov.com

Teena-Ann V. Sankoorikal
Covington & Burling LLP
850 Tenth Street NW
Washington, DC 20001
(202) 662-5735
tsankoorikal@cov.com

Micaela R.H. McMurrough
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1242
mmcmurrough@cov.com

Michael W. Thrall,
Matthew A. McGuire
Nyemaster Goode
700 Walnut Street, Suite 1600
Des Moines, IA 50309
(515) 283-3100
mwt@nyemaster.com
mmcguire@nyemaster.com

*Counsel for PurFoods, Inc*

# Exhibit B

# Exhibit 1

**<u>Service List</u>**

**U.S. Attorney General**
Pamela Bondi
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

**Alabama Attorney General**
Steve Marshall
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130

**Alaska Attorney General**
Treg Taylor
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

**Arizona Attorney General**
Kris Mayes
2005 N Central Ave
Phoenix, AZ 85004

**Arkansas Attorney General**
Tim Griffin
323 Center St., Suite 200
Little Rock, AR 72201

**California Attorney General**
CAFA Coordinator
Consumer Protection Section
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

**Colorado Attorney General**
Phil Weiser
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

**Connecticut Attorney General**
William Tong
165 Capitol Avenue
Hartford, CT 06106

**Delaware Attorney General**
Kathy Jennings
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**District of Columbia Attorney General**
Brian Schwalb
400 6th Street NW
Washington, D.C. 20001

**Florida Attorney General**
James Uthmeier
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399

**Georgia Attorney General**
Chris Carr
40 Capitol Square, SW
Atlanta, GA 30334

**Guam Attorney General**
Douglas Moylan
Office of the Attorney General ITC Building
590 S. Marine Corps Dr, Ste 706
Tamuning, Guam 96913

**Hawaii Attorney General**
Anne E. Lopez
425 Queen St.
Honolulu, HI 96813

**Idaho Attorney General**
Raúl Labrador
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720

**Illinois Attorney General**
Kwame Raoul
James R. Thompson Ctr.
100 W. Randolph St.
Chicago, IL 60601

**Indiana Attorney General**
Todd Rokita
Indiana Government Center South
302 West Washington St., 5th Fl.
Indianapolis, IN 46204

**Iowa Attorney General**
Brenna Bird
Hoover State Office Building
1305 E. Walnut
Des Moines, IA 50319

**Kansas Attorney General**
Kris Kobach
120 S.W. 10th Ave., 2nd Fl.
Topeka, KS 66612

**Kentucky Attorney General**
Russell Coleman
700 Capital Avenue
Capitol Building, Suite 118
Frankfort, KY 40601

**Louisiana Attorney General**
Liz Murrill
1885 North Third St
Baton Rouge, LA 70802

**Maine Attorney General**
Aaron Frey
State House Station 6
Augusta, ME 04333

**Maryland Attorney General**
Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202

**Massachusetts Attorney General**
Andrea Campbell
1 Ashburton Place, 20th Floor
Boston, MA 02108

**Michigan Attorney General**
Dana Nessel
P.O. Box 30212
525 W. Ottawa St.
Lansing, MI 48909

**Minnesota Attorney General**
Keith Ellison
445 Minnesota St, Suite 600
St. Paul, MN 55101

**Mississippi Attorney General**
Lynn Fitch
Department of Justice, P.O. Box 220
Jackson, MS 39205

**Missouri Attorney General**
Andrew Bailey
Supreme Ct. Bldg., 207 W. High St.
P.O. Box 899
Jefferson City, MO 65101

**Montana Attorney General**
Austin Knudsen
Office of the Attorney General, Justice Bldg.
215 N. Sanders St., Third Floor
P.O. Box 201401
Helena, MT 59620

**Nebraska Attorney General**
Mike Hilgers
2115 State Capitol
P.O. Box 98920
Lincoln, NE 68509

**Nevada Attorney General**
Aaron D. Ford
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701
* NVAGCAFAnotices@ag.nv.gov

**New Hampshire Attorney General**
John Formella
33 Capitol Street
Concord, NH 03301

**New Jersey Attorney General**
Matthew J. Platkin
Richard J. Hughes Justice Complex
25 Market Street, 8th Floor
P.O. Box 080
Trenton, NJ 08625

**New Mexico Attorney General**
Raul Torrez
P.O. Drawer 1508
Santa Fe, NM 87504-1508

**New York Attorney General**
CAFA Coordinator
28 Liberty St., 15th Floor
New York, NY 10005

**North Carolina Attorney General**
Jeff Jackson
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

**North Dakota Attorney General**
Drew Wrigley
State Capitol
600 E. Boulevard Ave.
Bismarck, ND 58505

**Ohio Attorney General**
Dave Yost
State Office Tower
30 E. Broad St., 14th Floor
Columbus, OH 43215

**Oklahoma Attorney General**
Gentner Drummond
313 NE 21st Street
Oklahoma City, OK 73105

**Oregon Attorney General**
Dan Rayfield
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301

**Pennsylvania Attorney General**
Dave Sunday
Pennsylvania Office of Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120

**Puerto Rico Attorney General**
Janet Parra-Mercado
P.O. Box 9020192
San Juan, PR 00902

**Rhode Island Attorney General**
Peter F. Neronha
150 S. Main St.
Providence, RI 02903

**South Carolina Attorney General**
Alan Wilson
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211

**South Dakota Attorney General**
Marty Jackley
1302 East Highway 14, Suite 1
Pierre, SD 57501

**Tennessee Attorney General**
Jonathan Skrmetti
PO Box 20207
Nashville, TN 37202

**Texas Attorney General**
Ken Paxton
Capitol Station
P.O. Box 12548
Austin, TX 78711

**U.S. Virgin Islands Attorney General**
Gordon C. Rhea
3438 Kronprindsens Gade
GERS Building, 2nd Floor
St. Thomas, Virgin Islands 00802

**Utah Attorney General**
Derek Brown
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

**Vermont Attorney General**
Charity R. Clark
109 State St.
Montpelier, VT 05609

**Virginia Attorney General**
Jason Miyares
202 North Ninth Street
Richmond, VA 23219

**Washington Attorney General**
Nick Brown
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504

**West Virginia Attorney General**
John McCuskey
State Capitol Complex, Bldg. 1, Rm. E-26
1900 Kanawha Blvd. E
Charleston, WV 25305

**Wisconsin Attorney General**
Josh Kaul
Wisconsin Department of Justice State Capitol,
Room 114 East
P.O. Box 7857
Madison, WI 53707

**Wyoming Attorney General**
Bridget Hill
State Capitol Bldg.
200 W. 24th Street
109 State Capitol
Cheyenne, WY 82002

# Exhibit C

c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

FIRST-CLASS MAIL
U.S. POSTAGE PAID
CITY, ST
PERMIT NO. XXXX

**ELECTRONIC SERVICE REQUESTED**

---

**LEGAL NOTICE**

*Douglas, et al. v. PurFoods, LLC*
Case No. 4:23-cv-00332-RGE-SBJ

**If PurFoods, LLC ("PurFoods" or "Defendant")
Notified You Of A Data Incident, You May Be Eligible
For Benefits From A Class Action Settlement**

This is not a solicitation from a lawyer.

**This is NOT a Claim Form.**

**For more information about the Settlement
and how to file a Claim Form visit or call:**

**www.PurFoodsDataSettlement.com**
**(833) 890-4931**

---

<<Refnum Barcode>>

CLASS MEMBER ID: <<Refnum>>

**Postal Service: Please do not mark barcode**

<<FirstName>> <<LastName>>
<<Address1>>
<<Address2>>
<<City>>, <<State>> <<Zip>>-<<zip4>>
<<Country>>

A proposed settlement has been reached in a class action lawsuit known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ, filed in the United States District Court for the Southern District of Iowa.

Case 4:23-cv-00332-RGE-SBJ    Document 69-2    Filed 11/06/25    Page 21 of 4

## What is this about?

This case is known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332- RGE-SBJ ("Litigation"), filed in the United States District Court for the Southern District of Iowa. The persons who sued are called the "Plaintiffs" or "Representative Plaintiffs" and the company they sued, PurFoods, LLC ("PurFoods") is known as the "Defendant" in this case. The Representative Plaintiffs in the Litigation allege that between January 16, 2023, and February 22, 2023, PurFoods was affected by a cyberattack in which some personal information regarding some of PurFoods' customers, employees, and/or independent contractors may have been accessed, stolen, or compromised (the "Data Incident"). In August and September of 2023, PurFoods sent notice of the Data Incident to approximately 1,249,219 individuals. PurFoods denies any wrongdoing.

## Who is a Settlement Class Member?

All residents of the United States who were sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident. Excluded from the Settlement Class are: (i) PurFoods and its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the Court's immediate family members; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

**What are the benefits?** The settlement provides the following benefits:

• **Documented Loss Payment:** Each Settlement Class Member may submit a claim for up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.

• **Cash Award:** A Settlement Class Member may, instead of making a claim for a Documented Loss Payment as described above, make a claim for a pro rata Cash Award, which will be calculated based on the amount remaining in the Settlement Fund after Documented Loss Payments and other expenses are paid. The Cash Award payments are estimated to be $75.00. A Cash Award shall not exceed $5,000.00.

• **Credit Monitoring and Insurance Services:** Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Documented Loss Payment or Cash Award.

**How to make a claim.** You must file a Claim Form by mail **postmarked by October 30, 2025**, and mailed to the Settlement Administrator's address below, or online at **www.PurFoodsDataSettlement.com by October 30, 2025**, to receive compensation from the settlement.

## What are my other rights?

• **Do Nothing:** If you do nothing, you remain in the settlement. You give up your rights to sue but you will not get any compensation as a Settlement Class Member.

• **Exclude yourself:** You can get out of the settlement and keep your right to sue about the claims in this Litigation, but you will not get any compensation from the settlement. You must submit a Request for Exclusion to the Settlement Administrator **by September 30, 2025**. Detailed instructions on how to exclude yourself can be found on the Long Notice found on the Settlement Website, **www.PurFoodsDataSettlement.com**.

• **Object:** You can stay in the settlement but tell the Court why you think the settlement should not be approved. Your written objection must be submitted by September 30, 2025. Detailed instructions on how to object can be found on the Long Notice found on the Settlement Website, **www.PurFoodsDataSettlement.com**.

• **Attend a hearing:** The Court will hold the Final Approval Hearing on **November 20, 2025 at 11:00 a.m. CT**, to consider whether the proposed settlement is fair, reasonable, and adequate, to consider Settlement Class Counsel's Fee Award and Costs of ($1,416,525.00 plus expenses) and request for a Service Award of $2,500.00 to each Representative Plaintiff, and to consider whether they should be approved. You may attend the hearing, and may be represented by your own attorney at your own expense, but you don't have to.

*This is only a summary.* For additional information, including a copy of the Settlement Agreement and other documents, visit the Documents section of the Settlement Website, **www.PurFoodsDataSettlement.com**, or call **(833) 890-4931**. You may also contact the Settlement Administrator to update your address or contact information at PurFoods, LLC Data Incident, c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

# Exhibit D

## <u>NOTICE OF CLASS ACTION AND PROPOSED SETTLEMENT</u>

**If PurFoods, LLC ("PurFoods" or "Defendant") Notified You Of A Data Incident, You May Be Eligible For Benefits From A Class Action Settlement.**

*This is <u>not</u> a solicitation from a lawyer, junk mail, or an advertisement. A Court authorized this Long Notice ("Notice").*

- A proposed $4,250,000.00 settlement has been reached in a class action lawsuit known as *Douglas et al v. PurFoods, Inc.*, Case No. 4:23-cv-00332-RGE-SBJ ("Litigation"), filed in the United States District Court for the Southern District of Iowa.

- This Litigation alleges that between January 16, 2023 and February 22, 2023, PurFoods was affected by a cyberattack in which some personal information regarding some of PurFoods' customers, employees, and/or independent contractors may have been accessed, stolen, or compromised (the "Data Incident"). In August and September of 2023, PurFoods sent notice of the Data Incident to 1,249,219 individuals. Plaintiffs filed this lawsuit on behalf of a class of those individuals asserting claims based on harms they allege to have suffered as a result of the Data Incident. PurFoods disagrees with Plaintiffs' claims and denies any wrongdoing.

- All Settlement Class Members can receive the following benefits from the settlement: compensation for up to $5,000.00 of their unreimbursed documented losses or a Cash Award, plus Credit Monitoring and Insurance Services.
   - **Documented Loss Payment**: Each Settlement Class Member may submit a claim for a Settlement Payment of **up to $5,000.00** for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.
   - **Cash Award**: Each Settlement Class Member may, instead of making a claim for a Documented Loss Payment as described above, make a claim for a Cash Award, which will be calculated *pro rata* based on the amount remaining in the Settlement Fund after Documented Loss Payments and other expenses are paid. The Cash Award is estimated to be approximately **$75.00.** A Cash Award shall not exceed $5,000.00.
   - **Credit Monitoring and Insurance Services:** Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive **three (3) years of three-bureau Credit Monitoring and Insurance Services** regardless of whether they also make a claim for a Settlement Payment.

- Included in this settlement as Settlement Class Members are:
   - All residents of the United States who were sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident.
   - Excluded from the Settlement Class are: (i) PurFoods and its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the Court's immediate family members; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

**Your legal rights are affected regardless of whether you do or do not act. Read this Notice carefully.**

| YOUR LEGAL RIGHTS & OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | **You must submit a valid Claim Form to receive benefits from this settlement.**<br><br>Claim Forms must be submitted online or mailed, **postmarked no later than October 30, 2025**. |
| **Do Nothing** | If you do nothing, you remain in the settlement.<br><br>You give up your rights to sue and you will not get any Cash Award, Documented Loss Payment, Credit Monitoring and Insurance Services, or reimbursement as a Settlement Class Member. |
| **Exclude Yourself** | **Get out of the settlement. Get no money. Keep your rights.**<br><br>This is the only option that allows you to keep your right to sue about the claims in this Litigation. You will not get any money from the settlement.<br><br>Your Request for Exclusion must be **postmarked no later than September 30, 2025.** |
| **File an Objection** | Stay in the settlement but tell the Court why you think the settlement should not be approved. Objections must be **postmarked no later than September 30, 2025**. |
| **Go to a Hearing** | You can ask to speak in Court about the fairness of the settlement, at your own expense. *See* **Questions 18 and 19** for more details.<br><br>The Final Approval Hearing is scheduled for **November 20, 2025, at 11:00 a.m. CT**. |

# WHAT THIS NOTICE CONTAINS

**Basic Information**.................................................................................................................. **Page 4**

    1.    How do I know if I am affected by the Litigation and settlement?

    2.    What is this case about?

    3.    Why is there a settlement?

    4.    Why is this a class action?

    5.    How do I know if I am included in the settlement?

**The Settlement Benefits**...................................................................................................**Pages 5**

    6.    What does this settlement provide?

    7.    How to submit a Claim Form.

    8.    What am I giving up as part of the settlement?

    9.    Will the Representative Plaintiffs receive compensation?

**Exclude Yourself**...............................................................................................................**Pages 6**

    10.    How do I exclude myself from the settlement?

    11.    If I do not exclude myself, can I sue later?

    12.    What happens if I do nothing at all?

**The Lawyers Representing You**.........................................................................................**Page 7**

    13.    Do I have a lawyer in the case?

    14.    How will the lawyers be paid?

**Objecting to the Settlement**..............................................................................................**Pages 7**

    15.    How do I tell the Court that I do not like the settlement?

    16.    What is the difference between objecting and asking to be excluded?

**The Final Approval Hearing**.............................................................................................**Pages 8**

    17.    When and where will the Court decide whether to approve the settlement?

    18.    Do I have to come to the hearing?

    19.    May I speak at the hearing?

**Get More Information**........................................................................................................**Page 8**

    20.    How do I get more information about the settlement?

    21.    How do I update my contact information?

QUESTIONS? CALL toll-free **(833) 890-4931**
VISIT www.PurFoodsDataSettlement.com

# BASIC INFORMATION

## 1. How do I know if I am affected by the Litigation and settlement?

You are a Settlement Class Member if you are a resident of the United States who was sent notice that your personal information may have been accessed, stolen, or compromised as a result of the Data Incident.

The Settlement Class specifically excludes (i) PurFoods and its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the Court's immediate family members; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

This notice explains the nature of the Litigation and claims being settled, your legal rights, and the benefits to the Settlement Class.

## 2. What is this case about?

This case is known as *Douglas et al v. PurFoods, LLC,* Case No. 4:23-cv-00332-RGE-SBJ, filed in the United States District Court for the Southern District of Iowa. The persons who sued are called the "Plaintiffs" or "Representative Plaintiffs" and the company they sued, PurFoods, LLC ("PurFoods"), is known as the "Defendant" in this case. Plaintiffs and PurFoods are collectively referred to as the "Parties."

Plaintiffs filed a lawsuit against Defendant individually and on behalf of anyone whose personal information was potentially impacted as a result of the Data Incident.

This Litigation alleges that between January 16, 2023, and February 22, 2023, PurFoods was affected by a cyberattack in which some personal information regarding some of PurFoods' customers, employees, and/or independent contractors may have been accessed, stolen, or compromised (the "Data Incident"). In August and September of 2023, PurFoods sent notice of the Data Incident to approximately 1,249,219 individuals.

Defendant denies all claims asserted against it in the Litigation and denies all allegations of wrongdoing and liability.

## 3. Why is there a settlement?

By agreeing to settle, the Parties desire to settle the Litigation and all claims arising out of or related to the allegations or subject matter of the class action and Litigation on the terms and conditions set forth in the Settlement Agreement for the purpose of avoiding the burden, expense, risk, and uncertainty of continuing to litigate the Litigation. The Representative Plaintiffs, Defendant, and their attorneys believe the proposed settlement is fair, reasonable, and adequate and, thus, in the best interests of Settlement Class Members. The Court did not decide in favor of the Plaintiffs or Defendant. Full details about the proposed settlement are found in the Settlement Agreement available at **www.PurFoodsDataSettlement.com**.

## 4. Why is this a class action?

In a class action, one or more people called "Representative Plaintiffs" sue on behalf of all people who have similar claims. All of these people together are the "Settlement Class" or "Settlement Class Members."

## 5. How do I know if I am included in the settlement?

You are included in the Settlement Class if you are a resident of the United States who was sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident. However, you are excluded from the Settlement Class if you are: (i) PurFoods or any of its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the

Court's immediate family members; or (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

If you are not sure whether you are included as a Settlement Class Member, or have any other questions about the settlement, visit www.PurFoodsDataSettlement.com, call toll-free **(833) 890-4931,** or write to *PurFoods, LLC Data Incident,* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

# THE SETTLEMENT BENEFITS

## 6.  What does this settlement provide?

The proposed settlement will provide the following benefits to Settlement Class Members:

**Documented Loss Payment:** A Settlement Class Member may submit a claim for a Settlement Payment of up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency, and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.

To receive a Documented Loss Payment, the Settlement Class Member must elect to do so on their Claim Form and submit to the Settlement Administrator the following:

(i)      a valid Claim Form electing to receive the Documented Loss Payment benefit;

(ii)     an attestation regarding any actual and unreimbursed documented loss; and

(iii)    reasonable documentation that demonstrates the documented loss to be reimbursed pursuant to the terms of the settlement.

Reasonable documentation can include receipts or other documentation not "self-prepared" by the claimant that documents the costs incurred. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation. If the Settlement Administrator determines that a particular Settlement Class Member's documented loss claim is ineligible for a Documented Loss Payment or insufficiently substantiated, that Settlement Class Member shall instead be deemed to have elected the Cash Award option.

**Cash Award:** Each Settlement Class Member may, instead of submitting a claim for the Documented Loss Payment described above, make a claim for a *pro rata* Cash Award, which will be calculated based on the amount remaining in the Settlement Fund after Documented Loss Payments and other expenses are paid. The Cash Award is estimated to be approximately $75.00. A Cash Award shall not exceed $5,000.00.

**Credit Monitoring and Insurance Services:** Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau Credit Monitoring and Insurance Services regardless of whether they also make a claim for a Documented Loss Payment or a Cash Award.

## 7.  How to submit a Claim Form

All Claim Forms will be reviewed by the Settlement Administrator for completeness and plausibility. You must file a Claim Form to get a Documented Loss Payment, Cash Award, or Credit Monitoring and Insurance Services from the proposed settlement. Claim Forms must be submitted online or postmarked no later than October 30, 2025. For more information, please visit www.PurFoodsDataSettlement.com or you can call the Settlement Administrator at **(833) 890-4931** for a Claim Form.

### 8.   What am I giving up as part of the settlement?

If you stay in the Settlement Class, meaning you do not submit a Request for Exclusion, you will be eligible to receive benefits, but you will not be able to sue PurFoods, as well as its past or present agents, employees, representatives, officers, directors, shareholders, attorneys, accountants, insurers, receivers, advisors, consultants, partners, partnerships, parents, divisions, subsidiaries, affiliates, assigns, agents, independent contractors, successors, heirs, predecessors in interest, joint ventures, and commonly controlled corporations (collectively "Released Persons") regarding the claims in this case or any other claims based on, relating to, concerning, or arising out of the Data Incident.

The Settlement Agreement, which includes all provisions about Released Claims, releases, and Released Persons, is available at **www.PurFoodsDataSettlement.com**.

The only way to keep the right to sue is to exclude yourself (*see* **Question 10**), otherwise you will be included in the Settlement Class, and, if the settlement is approved, you give up the right to sue for the claims in this case.

### 9.   Will the Representative Plaintiffs receive compensation?

Yes. If approved by the Court, the Representative Plaintiffs will each receive a Service Award of up to $2,500.00, to compensate them for their services and efforts in bringing the Litigation. The Court will make the final decision as to the amount, if any, to be paid to the Representative Plaintiffs.

# EXCLUDE YOURSELF

### 10. How do I exclude myself from the settlement?

If you do not want to be included in the settlement, you must request to be excluded or "opt-out" by sending a timely written Request for Exclusion. Your Request for Exclusion must (a) state your full name and address; (b) contain your personal and original signature; and (c) state your intent to be excluded from the Settlement Class and from the settlement, not to participate in the settlement, and/or to waive all rights to the benefits of the settlement.

Your written Request for Exclusion must be **postmarked no later than September 30, 2025** (the "Opt-Out Date") to:

PurFoods, LLC Data Incident

Attn: Exclusion Requests

c/o Kroll Settlement Administration LLC

P.O. Box 225391

New York, NY 10150-5391

If you exclude yourself, you will not be able to receive any Settlement Payment or Credit Monitoring and Insurance Services from the settlement, and you cannot object to the settlement at the Final Approval Hearing. You will not be legally bound by anything that happens in the Litigation, and you will keep your right to sue PurFoods on your own for the claims that this settlement resolves.

### 11. If I do not exclude myself, can I sue later?

No. If you do not exclude yourself from the settlement, and the settlement is approved by the Court, you forever give up the right to sue the Released Persons (listed in **Question 8**) for the claims this settlement resolves.

### 12. What happens if I do nothing at all?

If you do nothing, you will be bound by the settlement if the Court approves it, you will not get any money or reimbursement from the settlement, you will not get any Credit Monitoring and Insurance Services from the settlement, you will not be able to start or proceed with a lawsuit or be part of any other lawsuit against the Released Persons (listed in Question 8) about the settled claims in this case at any time.

# THE LAWYERS REPRESENTING YOU

## 13. Do I have a lawyer in the case?

Yes. The Court has appointed Cafferty Clobes Meriwether & Sprengel LLP; Milberg Coleman Bryson Phillips Grossman PLLC; Siri & Glimstad LLP; and Federman & Sherwood (called "Settlement Class Counsel") to represent the interests of all Settlement Class Members in this case. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 14. How will the lawyers be paid?

Proposed Settlement Class Counsel will apply to the Court for a Fee Award and Costs (or $1,416,525.00 plus reasonable and necessary expenses) for prosecuting the Litigation plus reasonable litigation expenses. A copy of Settlement Class Counsel's Motion for Fee Award and Costs and Service Awards for Representative Plaintiffs will be posted on this Settlement Website, **www.PurFoodsDataSettlement.com**, before the Final Approval Hearing. The Court will make the final decisions as to the amounts to be paid to Settlement Class Counsel and may award less than the amount requested by Settlement Class Counsel.

# OBJECTING TO THE SETTLEMENT

## 15. How do I tell the Court that I do not like the settlement?

If you want to tell the Court that you do not agree with the proposed settlement or some part of it, you must mail an objection to the Clerk of Court by **September 30, 2025** stating why you do not think the settlement should be approved. You must also mail a copy of your objection to Settlement Class Counsel, PurFoods' Counsel, and the Settlement Administrator. The Court can only approve or deny the Settlement Agreement and cannot change the terms.

To be valid, each objection must include:

    (i)      the objector's full name and address;

    (ii)    the case name and docket number: *Douglas et al v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ (S.D. Iowa);

    (iii)   a written statement of all grounds for the objection, accompanied by any legal support for the objection the objector believes applicable and any supporting documents;

    (iv)   the identity of any and all counsel representing the objector in connection with the objection;

    (v)    a statement whether the objector and/or his or her counsel will appear at the Final Approval Hearing; and

    (vi)   the objector's signature or the signature of the objector's duly authorized attorney or other duly authorized representative (if any) representing him or her in connection with the objection.

**Your objection must be mailed to the Clerk of Court _and_ to Settlement Class Counsel, PurFoods' Counsel, and the Settlement Administrator at all four addresses below and include the case name and docket number, titled _Douglas, et al v. PurFoods, LLC_, Case No. 4:23-cv-00332-RGE-SBJ, by September 30, 2025.**

| THE COURT | SETTLEMENT CLASS COUNSEL | PURFOODS' COUNSEL | SETTLEMENT ADMINISTRATOR |
|---|---|---|---|
| Clerk of Court<br>111 Locust St.<br>Des Moines, IA 50309 | Nickolas J. Hagman<br>**Cafferty Clobes Meriwether & Sprengel LLP**<br>135 S. LaSalle Street<br>Suite 3210<br>Chicago, IL 60603 | Kathryn E. Cahoy<br>**Covington & Burling LLP**<br>3000 El Camino Real<br>5 Palo Alto Square<br>10th Floor<br>Palo Alto, CA 94306 | PurFoods, LLC Data Incident<br>Attn: Objections<br>**c/o Kroll Settlement Administration LLC**<br>P.O. Box 225391<br>New York, NY 10150-5391 |

If you do not submit your objection with all requirements, or if your objection is not filed with the court and copies **postmarked by September 30, 2025**, you will be considered to have waived all objections and will not be entitled to speak at the Final Approval Hearing.

QUESTIONS? CALL toll-free **(833) 890-4931**
VISIT www.PurFoodsDataSettlement.com

## 16. What is the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you don't like something about the settlement. You can object only if you stay in the Settlement Class. Requesting to be excluded is telling the Court that you don't want to be part of the Settlement Class. If you submit a valid and timely Request for Exclusion, you have no basis to object because the settlement no longer affects you.

# THE FINAL APPROVAL HEARING

## 17. When and where will the Court decide whether to approve the settlement?

The Court will hold the Final Approval Hearing on **November 20, 2025, 11:00 a.m. Central Time** in Courtroom 410, of the Honorable Judge Rebecca Goodgame Ebinger of the United States District Court for the Southern District of Iowa 111 Locust Street, Des Moines, Iowa.  The hearing may be moved to a different date, time, or location without additional notice, so it is recommended that you periodically check the Settlement Website, **www.PurFoodsDataSettlement.com**, for updated information.

At the hearing, the Court will consider whether the proposed settlement is fair, reasonable, adequate, and in the best interests of Settlement Class Members, and if it should be finally approved. If there are valid objections, the Court will consider them and will listen to people who have asked to speak at the hearing if the request was made properly. The Court will also consider the Fee Award and Costs to Settlement Class Counsel and the request for Service Awards to the Representative Plaintiffs.

## 18. Do I have to come to the hearing?

No. You are not required to come to the Final Approval Hearing. However, you are welcome to attend the hearing at your own expense.

If you submit an objection, you do not have to come to the hearing. If your objection was submitted properly and on time, the Court will consider it. You also may pay your own lawyer to attend the Final Approval Hearing, but that is not necessary. However, you must follow the requirements for making objections in **Question 15**, including the requirements for making appearances at the hearing.

## 19. May I speak at the hearing?

Yes. You can speak at the Final Approval Hearing, but you must ask the Court for permission. To request permission to speak, you must file an objection according to the instructions in **Question 15**, including all the information required for you to make an appearance at the hearing. You cannot speak at the hearing if you submit a valid and timely Request for Exclusion.

# GET MORE INFORMATION

## 20. How do I get more information about the settlement?

This is only a summary of the proposed settlement. If you want additional information about this Litigation, including a copy of the Settlement Agreement, the Complaint, Short Notice, FAQs, Claim Form and more, please visit the Settlement Website, **www.PurFoodsDataSettlement.com**, or call **(833) 890-4931**. You may also contact the Settlement Administrator at *PurFoods, LLC Data Incident* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

## 21. How do I update my contact information?

To update your contact information, please call **(833) 890-4931** or visit the Contact page of the Settlement Website: **www.PurFoodsDataSettlement.com**.

**PLEASE DO NOT ADDRESS ANY QUESTIONS ABOUT THE SETTLEMENT OR LITIGATION TO THE CLERK OF THE COURT, THE JUDGE, PURFOODS, OR PURFOODS' COUNSEL.**

# Exhibit E

8 3 2 3 3 0 0 0 0 0 0 0 0

<table>
<tr><td>Your claim must be submitted online or <u>postmarked by</u>: October 30, 2025</td><td><b>CLAIM FORM FOR PURFOODS, LLC DATA INCIDENT</b><br><br><i>Douglas et. al. v. Purfoods, LLC</i><br>Case No.: 4:23-cv-00332-RGE-SBJ<br>United States District Court for the Southern District of Iowa</td><td>PURFOODS-C</td></tr>
</table>

## USE THIS FORM ONLY IF YOU ARE A SETTLEMENT CLASS MEMBER

## GENERAL INSTRUCTIONS

If you received notice from PurFoods, LLC ("PurFoods") that your personal information may have been compromised as a result of a Data Incident involving PurFoods, you may submit a claim to receive settlement benefits, as outlined below.

Please refer to the "Long Notice" posted on the Settlement Website, www.PurFoodsDataSettlement.com, for more information on submitting a Claim Form and information on the aggregate cap on claims.

### To receive benefits from this settlement, you must submit the Claim Form below by October 30, 2025.

This Claim Form may be submitted electronically via the Settlement Website at www.PurFoodsDataSettlement.com to receive an electronic payment.

If you prefer to submit your Claim Form on paper, please type or legibly print all requested information, in blue or black ink. Mail your completed Claim Form, including any supporting documentation, by U.S. mail to:

*PurFoods, LLC Data Incident*
*c/o* Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

### You may submit a claim for the following benefits:

**Documented Loss Payment**: As a Settlement Class Member, you may submit a claim for a Settlement Payment of up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii) professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel. You must submit documentation, such as receipts, to verify the costs you incurred and the relationship to the Data Incident.

**OR**

**Cash Award**: Instead of a Documented Loss Payment, as a Settlement Class Member, you may make a claim for a *pro rata* cash payment from the Settlement Fund (the amount to be calculated based on the amount remaining in the Settlement Fund after Costs of Settlement Administration, Taxes and Tax-Related Expenses, Service Awards, Fee Award and Costs, and Documented Loss payments are paid from the Settlement Fund). The Cash Award is estimated to be approximately **$75.00**. Cash Award payments shall not exceed $5,000.00.

**AND**

**Credit Monitoring and Insurance Services**: Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Settlement Payment.

**Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.**

8 3 2 3 3 0 0 0 0 0 0 0 0 0

## I.  PAYMENT SELECTION

If you would like to elect to receive your Settlement Class Member payment through electronic transfer, please visit the website and timely file your Claim Form. The Settlement Website includes a step-by-step guide for you to complete the electronic payment option.

## II.  PROOF OF DATA INCIDENT SETTLEMENT CLASS MEMBERSHIP

☐    Check this box to certify that you are an individual who may have been involved in the Data Incident and were notified that their personal information may have been impacted as a result of the Data Incident.

Enter the Settlement Class Member ID Number provided on your notice:

**Class Member ID : 8 3 2 3 3**  ____  ____  ____  ____  ____  ____  ____  ____

## III. SETTLEMENT CLASS MEMBER NAME AND CONTACT INFORMATION

Provide your name and contact information below. You must notify the Settlement Administrator if your contact information changes after you submit this Claim Form.

_____    _____
**First Name**                                                              **Last Name**


_____
**Address 1**


_____
**Address 2**


_____  ___  ___  ___   ___  ___  ___  ___  ___
**City**                                                                        **State**               **Zip Code**


**Email Address:** _____@_____


**Telephone Number (optional): (** _____  _____  _____ **)** _____  _____  _____  -  _____  _____  _____  _____

**Questions? Go to www.PurFoodsDataSettlement.com or call (833) 890-4931.**





8 3 2 3 3 0 0 0 0 0 0 0 0 0

## IV.  CASH AWARD

Check the box if you wish to receive a *pro rata* Cash Award.

☐  Yes, instead of the documented loss payment described below, I choose a *pro rata* Cash Award estimated to be $75.00.

## V.  COMPENSATION FOR DOCUMENTED LOSSES

You are eligible to recover compensation for up to $5,000.00 per person for documented losses incurred as a result of the Data Incident, including, but not limited to:

(i)      *unreimbursed losses relating to fraud or identity theft;*
(ii)     *professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;*
(iii)    *costs associated with freezing or unfreezing credit with any credit reporting agency; and*
(iv)    *unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.*

You cannot submit a claim for documented losses if you select the Cash Award. **You must have documented losses incurred as a result of the Data Incident and submit documentation supporting your claim to obtain this reimbursement.**

☐  I have attached documentation showing that the claimed losses were more likely than not caused by the Data Incident. "Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support to other submitted documentation.

| Cost Type<br>(Fill all that apply) | Approximate Date of Loss | Amount of Loss | Description of Supporting Reasonable Documentation<br>(Identify what you are attaching and why) |
|---|---|---|---|
| Example: Identity Theft Protection Service | <u>11/17/23</u><br>(mm/dd/yy) | $50.00 | Copy of identity theft protection service bill |
| | __ __/__ __/__ __<br>(mm/dd/yy) | $_____._____ | |
| | __ __/__ __/__ __<br>(mm/dd/yy) | $_____._____ | |
| | __ __/__ __/__ __<br>(mm/dd/yy) | $_____._____ | |

**Questions? Go to <u>www.PurFoodsDataSettlement.com</u> or call (833) 890-4931.**





8 3 2 3 3 0 0 0 0 0 0 0 0 0

## VI. CREDIT MONITORING AND INSURANCE SERVICES

☐ **Three (3) years of Credit Monitoring and Insurance Services**

Check the box above if you wish to receive three (3) years of credit monitoring and insurance services (including $1,000,000.00 in identity theft insurance coverage) at no cost to you. If your claim is approved you will receive an activation code for the service by mail or email, along with instructions on how to activate the service. If you select this benefit, **you may also claim a Documented Loss Payment OR Cash Award**.

## VII.  ATTESTATION & SIGNATURE

I swear and affirm under the laws of my state that the information I have supplied in this Claim Form is true and correct to the best of my recollection, and that this form was executed on the date set forth below.

_____    ____ ____ / ____ ____ / ____ ____ ____ ____
Signature                                                                    Date (MM/DD/YYYY)


_____
Print Name

### Reminder Checklist

If your address changes or you need to make a future correction/update to the address you provide on this Claim Form, please visit the Contact section of the Settlement Website at **www.PurFoodsDataSettlement.com** and provide your updated address information. Make sure to include your Settlement Class Member ID and your phone number in case we need to contact you in order to complete your request.

For more information, please visit the Settlement Website at **www.PurFoodsDataSettlement.com**, or call the Settlement Administrator at **(833) 890-4931**.

**PLEASE DO NOT CALL THE COURT OR THE CLERK OF THE COURT**

**FOR ADDITIONAL INFORMATION**.

Questions? Go to **www.PurFoodsDataSettlement.com** or call (833) 890-4931.


83233


CF


Page 4 of 4

Exhibit F

From:

To:

Subject: Email Notice of PurFoods Proposed Class Action Settlement

**Unique ID: <<RefNum>>**

**A proposed settlement has been reached in a class action lawsuit known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ, filed in the United States District Court for the Southern District of Iowa (S.D. Iowa).**

**What is this about?**

This case is known as *Douglas, et al. v. PurFoods, LLC*, Case No. 4:23-cv-00332-RGE-SBJ ("Litigation"), filed in the United States District Court for the Southern District of Iowa. The persons who sued are called the "Plaintiffs" or "Representative Plaintiffs" and the company they sued, PurFoods, LLC ("PurFoods") is known as the "Defendant" in this case. The Representative Plaintiffs in the Litigation allege that between January 16, 2023, and February 22, 2023, PurFoods was affected by a cyberattack in which some personal information regarding some of PurFoods' customers, employees, and/or independent contractors may have been accessed, stolen, or compromised (the "Data Incident"). In August and September of 2023, PurFoods sent notice of the Data Incident to approximately 1,249,219 individuals. PurFoods denies any wrongdoing.

**Who is a Settlement Class Member?**

Settlement Class Member: All residents of the United States who were sent notice that their personal information may have been accessed, stolen, or compromised as a result of the Data Incident.

Excluded from the Settlement Class are: (i) PurFoods and its respective officers and directors; (ii) any Person who would otherwise be a member of the Settlement Class but who timely and validly requests exclusion from the Settlement Class; (iii) the Judge and Magistrate Judge assigned to evaluate the fairness of this settlement, the Court's staff, and the Court's immediate family members; and (iv) any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the Data Incident or who pleads *nolo contendere* to any such charge.

**What are the benefits?** The settlement provides the following benefits:

- **Documented Loss Payment:** Each Settlement Class Member may submit a claim for up to $5,000.00 for reimbursement in the form of a Documented Loss Payment. Documented losses must be reasonably related to the Data Incident or to mitigating the effects of the Data Incident, and may include, but are not limited to: (i) unreimbursed losses relating to fraud or identity theft; (ii)

professional fees including attorneys' fees, accountants' fees, and fees for credit repair services; (iii) costs associated with freezing or unfreezing credit with any credit reporting agency; and (iv) unreimbursed bank fees, long distance phone charges, postage, or gasoline for local travel.

- **Cash Award:** A Settlement Class Member may, instead of making a claim for a Documented Loss Payment as described above, make a claim for a *pro rata* Cash Award, which will be calculated based on the amount remaining in the Settlement Fund after Documented Loss Payments and other expenses are paid. The Cash Award payments are estimated to be $75.00. A Cash Award shall not exceed $5,000.00.

- **Credit Monitoring and Insurance Services:** Each Settlement Class Member who submits a valid and timely Claim Form may elect to receive three (3) years of three-bureau credit monitoring and insurance services regardless of whether they also make a claim for a Documented Loss Payment or Cash Award.

- **How to make a claim**. You must file a Claim Form by mail **postmarked by October 30, 2025,** and mailed to the Settlement Administrator's address below, or online at **www.PurFoodsDataSettlement.com** by **October 30, 2025,** to receive compensation from the settlement.

   **What are my other rights?**

- **Do Nothing**: If you do nothing, you remain in the settlement. You give up your rights to sue but you will not get any compensation as a Settlement Class Member.

- **Exclude yourself**: You can get out of the settlement and keep your right to sue about the claims in this Litigation, but you will not get any compensation from the settlement. You must submit a Request for Exclusion to the Settlement Administrator by **September 30, 2025**. Detailed instructions on how to exclude yourself can be found on the Long Notice found on the Settlement Website, **www.PurFoodsDataSettlement.com**.

- **Object**: You can stay in the settlement but tell the Court why you think the settlement should not be approved. Your written objection must be submitted **by September 30, 2025**. Detailed instructions on how to object can be found on the Long Notice found on the Settlement Website, **www.PurFoodsDataSettlement.com**.

- **Attend a hearing**: The Court will hold the Final Approval Hearing on **November 20, 2025 at 11:00 a.m. CT**, to consider whether the proposed settlement is fair, reasonable, and adequate, to consider Settlement Class Counsel's Fee Award and Costs of ($1,416,525.00 plus reasonable and necessary expenses) and request for a Service Award of $2,500.00 to each Representative Plaintiff, and to consider whether they should be approved. You may attend the hearing, and may be represented by your own attorney at your own expense, but you don't have to.

**This is only a summary**. For additional information, including a copy of the Settlement Agreement and other documents, visit the Documents section of the Settlement Website, **www.PurFoodsDataSettlement.com**, or call **(833) 890-4931**. You may also contact the Settlement Administrator to update your address or contact information at *PurFoods, LLC Data Incident,* c/o Kroll Settlement Administration LLC, P.O. Box 225391, New York, NY 10150-5391.

Please monitor www.PurFoodsDataSettlement.com for updates or call **(833) 890-4931**.

This email was sent to you because you are a Settlement Class Member.| Unsubscribe

Please do not reply to this email, it is sent from an unmonitored mailbox.

# Exhibit G

## Exclusion List

| Count | First Initial | Last Name |
|-------|---------------|-----------|
| 1 | D | LOVE |
| 2 | C | JONES |

# Exhibit H



COR0000459

Johnnie Brown
10225 Bissonnet #2242
Houston, TX 77036
jennad281@gmail.com
8322028127

**Date:** 9/22/2025

**To Whom It May Concern,**

I am writing to formally request consideration for the **maximum Cash Award** of up to **$5,000.00** related to the recent settlement in *Douglas et al v. PurFoods, Inc., Case No. 4:23-cv-00332-RGE-SBJ.*

I am a member of the affected class and received notice confirming that my personal information was compromised in the data incident between January and February of 2023. As a direct result of this breach, I have experienced significant **emotional and health-related distress**, which I believe warrants full compensation.

Due to unauthorized credit activity following the breach, my credit report has shown **multiple inquiries** that I did not initiate. These financial consequences have been both **unfair and unanticipated**, directly affecting my living stability and my impacted creditworthiness.

The ongoing anxiety and stress related to the loss of my personal data have had a **measurable impact on my mental health**, including sleep disruption and increased anxiety. I have had to seek additional care for my **mental and physical health**, and the uncertainty surrounding potential identity theft continues to cause serious emotional distress. I receive approximately 10-15 calls per day from "potential spam", which the magnitude from this alone has diminished my quality of life.

I have spent a considerable amount of time monitoring my credit, communicating with credit bureaus, gathering documentation, and managing the fallout from the breach — all at personal time and resources. These efforts have significantly interfered with my daily responsibilities and overall well-being.

Given the above, I respectfully ask that you **approve my claim for the full $5,000.00 cash award**, or alternatively, grant the maximum amount permitted based on the circumstances of my inconvenience and the emotional toll I have endured.

Please let me know if you require any additional documentation or clarification to support my claim. I am committed to providing any necessary information to ensure my case is fairly considered.

Thank you for your time, consideration, and understanding.

Sincerely,

**Johnnie Brown**

Johnnie Brown
9803 W. Sam Houston Pkwy S. 5242
Houston Tx 77099

HOUSTON TX RPDC 773

22 SEP 2025 PM 4 L

1775

Attn: OBJECTIONS
PurFoods, LLC Data Incident
c/o Kroll Settlement Administration LLC
P.O. Box 225391
New York, NY 10150-5391

10150-539191