IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, RONALD EMMERT, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>Hon. Rebecca Goodgame Ebinger<br><br>PLAINTIFFS' UNOPPOSED MOTION TO APPEAR TELEPHONICALLY |

Plaintiffs Michael Douglas, Dorothy Goodon, Dorothy Alexander, Stella Keritsis, Johnnie Jones, Yolanda Betts, Logan Aldridge, Steven D'angelo, Ronald Emmert, Christine Ashe, Vernita Ford, and Diane Young (collectively, "Plaintiffs"), through their undersigned counsel, respectfully file this Motion to Appear Telephonically ("Motion"), or by other virtual means (*i.e.*, Zoom, Microsoft Teams, or a similar platform), for the Final Approval Hearing (the "Final Hearing") scheduled on November 20, 2025 at 11:00 AM CT before the Honorable Rebecca Goodgame Ebinger.

Counsel for Plaintiffs is scheduled to travel by air to attend the Final Hearing in person. However, due to the government shutdown and its impact on airline operations and flight schedules, there is a significant risk of travel delays or cancellations that may prevent timely arrival at the courthouse.

1

For example, on Monday November 10, 2025, it was reported that 2,422 flights were cancelled.[1] On Tuesday, November 11, 2025, 1,199 flights have been cancelled so far.[2] Sources also warn that "[a]ir travelers should expect worsening cancellations and delays this week even if the US government shutdown ends, as the Federal Aviation Administration (FAA) rolled out deeper cuts to flights at 40 of the nation's major airports Tuesday[.]"[3] Thus, although Plaintiffs' counsel has arranged travel and hotel accommodations to attend the Final Hearing, there remains uncertainty as to whether flight delays or cancellations may affect those travel plans.

Lastly, counsel for Defendant does not oppose this Motion.

---

[1] Sydney Lake, *Flights won't just 'bounce back' after the government shutdown ends, airlines association warns. Here are all of the airports that are delayed*, FORTUNE (Nov. 11, 2025, 11:32 AM EST), https://fortune.com/2025/11/11/airports-delayed-government-shutdown-list-of-cancellations/ (last visited Nov. 11, 2025); *see also* Rebecca Cohen, *Flight cancellations inch up to 6% one day after Senate passes bill to end shutdown,* NBC NEWS (Nov. 11, 2025, 9:29 AM CST), https://www.nbcnews.com/business/travel/flight-cancellations-inch-6-one-day-senate-passes-bill-end-shutdown-rcna243180 ("Airlines are expected to cancel 6% of their flights at 40 high-traffic airports on Tuesday in compliance with the Federal Aviation Administration mandate amid the government shutdown, despite the Senate passing a preliminary agreement to end the impasse.") (last visited Nov. 11, 2025).

[2] Sydney Lake, *Flights won't just 'bounce back' after the government shutdown ends, airlines association warns. Here are all of the airports that are delayed*, FORTUNE (Nov. 11, 2025, 11:32 AM EST), https://fortune.com/2025/11/11/airports-delayed-government-shutdown-list-of-cancellations/ (last visited Nov. 11, 2025)

[3] *US flight cancellations and delays to get worse even if shutdown ends*, THE GUARDIAN (Nov. 11, 2025, 8:46 AM EST), https://www.theguardian.com/us-news/2025/nov/11/cancellations-delays-expected-us-cuts-flights (last visited Nov. 11, 2025); *see also* Kate Reilly, *Flight delays aren't slowing down despite move to end shutdown*, NBC News (Nov. 10, 2025, 11:58 AM CST), https://www.nbcnews.com/news/us-news/flight-delays-arent-slowing-move-end-shutdown-rcna243029 (last visited Nov. 11, 2025).

WHEREFORE, in the interest of ensuring that the Final Hearing proceeds as scheduled, and to avoid unnecessary continuances or prejudice to any party, Plaintiffs respectfully request leave to appear telephonically.

Date: November 11, 2025

*/s/ William B. Federman*
William B. Federman (*Admitted Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
wbf@federmanlaw.com

*ATTORNEY FOR PLAINTIFF*
*STELLA KERITSIS*

Daniel O. Herrera
Nickolas J. Hagman (*Admitted Pro Hac Vice*)
Alex Lee
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
dherrera@caffertyclobes.com
nhagman@carrertyclobes.com
alee@caffertyclobes.com

*ATTORNEYS FOR PLAINTIFFS*
*MICHAEL DOUGLAS AND DOROTHY GOODON*

J. Barton Goplerud
Brian O. Marty
**SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com
marty@sagwlaw.com

*ATTORNEYS FOR PLAINTIFFS*

*MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER,*
*STELLA KERITSIS, JOHNNIE JONES, AND STEVEN D'ANGELO*

Nicholas J. Mauro
**CARNEY & APPLEBY PLC**
303 Locust Street
400 Homestead Building
Des Moines, IA 50309
mauro@carneyappleby.com

*ATTORNEY FOR PLAINTIFFS*
*YOLANDA BETTS AND LOGAN*
*ALDRIDGE*

David S. Almeida (*Admitted Pro Hac Vice*)
Elena Belov (*Admitted Pro Hac Vice*)
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
david@almeidalawgroup.com
elena@almeidalawgroup.com

*ATTORNEYS FOR PLAINTIFF*
*YOLANDA BETTS AND LOGAN*
*ALDRIDGE*

Gary M. Klinger (*Admitted Pro Hac Vice*)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

*ATTORNEY FOR PLAINTIFF*
*DOROTHY ALEXANDER*

Mason Barney (*Admitted Pro Hac Vice*)
Tyler James Bean (*Admitted Pro Hac Vice*)
**SIRI & GILMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151

4

mbarney@sirillp.com
tbean@sirillp.com

*ATTORNEYS FOR PLAINTIFFS*
*JOHNNIE JONES*

Timothy Michael Hansen
**Hansen Reynolds LLC**
301 N Broadway, Suite 400
Milwaukee, WI 53202
thansen@hansenreynolds.com

*ATTORNEY FOR PLAINTIFF*
*LOGAN ALDRIDGE*

## CERTIFICATE OF SERVICE

I certify that on November 11, 2025, I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ William B. Federman*
William B. Federman

5