CLERK, UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
P.O. BOX 9344
DES MOINES, IOWA 50306-9344

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

Case 4:23-cv-00332-RGE-SBJ   Document 72   Filed 11/18/25   Page 1 of 3

DES MOINES

3 NOV 2025 PM 2 L



RECEIVED

NOV 1 8 2025

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA



NIXIE        773    DE 1           0011/15/25
          RETURN TO SENDER
         INSUFFICIENT ADDRESS
           UNABLE TO FORWARD

BC: 50306334444        *1167-07582-03-40

50306>9344
77036-780099

Johnnie Brown
10225 Bissonnet #2242
Houston, TX 77036

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>Plaintiffs,<br>v.<br><br>PURFOODS, LLC,<br><br>Defendant. | No. 4:23-cv-00332-RGE-SBJ<br><br>ORDER |

Now before the Court is Johnnie Brown's filing. ECF No. 66. The Court construes the filing as an attempt to submit a claim for a cash award as described in the parties' Amended and Superseding Settlement Agreement and Release. *See id.*; *see also* Pls.' Ex. 1 Supp. Second Am. Mot. Prelim. Approval, ECF No. 57-1.

The Court is not the repository for claims. *See* ECF No. 57-1 at 53 (noting claim forms are to be submitted electronically via the settlement website or in writing to Kroll Settlement Administration LLC).

The Court instructs counsel of record to confer and follow up with Brown directly to assess whether he seeks to submit a claim. To the extent Brown does seek to do so, the Court expects counsel to provide him with the information necessary to submit a valid claim.

The Court takes no further action.

**IT IS SO ORDERED.**

Dated this 2nd day of October, 2025.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE