# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PURFOODS, LLC,<br><br>　　　　Defendant. | Case No.: 4:23-cv-00332-RGE-SBJ<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF PATRICK M. PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**<br><br>Date: November 20, 2025<br>Time: 11:00 a.m. CT<br>Courtroom 410<br><br>The Hon. Rebecca Goodgame Ebinger |

I, Patrick Passarella, declare as follows:

## INTRODUCTION

1. I am a Senior Director of Kroll Settlement Administration LLC ("Kroll"),[1] the Settlement Administrator appointed in the above-captioned case, whose principal office is located at One World Trade Center, 285 Fulton Street, 31st Floor, New York, New York 10007. I am over 21 years of age and am authorized to make this declaration on behalf of Kroll and myself. The following statements are based on my personal knowledge and information provided by other experienced Kroll employees working under my general supervision. This declaration is being filed in connection with final approval of the settlement.

2. This declaration supplements the *Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement*, filed on

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Settlement Agreement (as defined below).

November 6, 2025 (the "Initial Declaration"), in order to provide updated information to the Court regarding Claim Forms received by Kroll. The Initial Declaration is incorporated herein by reference in its entirety.

## CLAIM ACTIVITY

3. The Claims Deadline was October 30, 2025.

4. As of November 16, 2025, Kroll received 876 Claim Forms through the mail and 11,000 Claim Forms filed electronically through the Settlement Website. A breakdown of the types of settlement benefits claimed in the 11,876 Claim Forms received are as follows:

| Settlement Benefit Claimed | Count |
|---|---|
| Cash Award and Credit Monitoring and Insurance Services | 5,683 |
| Cash Award | 4,487 |
| Credit Monitoring and Insurance Services | 1,477 |
| Documented Loss Payment and Credit Monitoring and Insurance Services | 98 |
| Documented Loss Payment | 65 |
| No settlement benefit claimed | 66 |

Kroll is still in the process of reviewing and validating Claim Forms.

5. While additional timely Claim Forms may be received following this declaration, based on the total claims received to date, the claims rate for this settlement is consistent with many other data breach class action cases Kroll has administered.

## CERTIFICATION

I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge and that this declaration was executed on November 18, 2025, in Summerville, South Carolina.

_____
Patrick M. Passarella