IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| MICHAEL DOUGLAS and DOROTHY GOODON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PURFOODS LLC d/b/a MOM'S MEALS, Defendant. | Civil No. 4:23-cv-00332<br><br><br>**NOTICE OF APPEARANCE OF PETER J. ROLWES** |

COMES NOW Peter J. Rolwes of Shindler, Anderson, Goplerud & Weese PC and hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

/s/ Peter J. Rolwes _____
**Peter J. Rolwes, AT0009311**
SHINDLER, ANDERSON, GOPLERUD & WEESE P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa  50265-5749
Telephone:    (515) 223-4567
Facsimile:    (515) 223-8887
Email:        rolwes@sagwlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Southern District of Iowa using the CM/ECF system, which will send notification of such filing to the counsel of record registered with the CM/ECF system.

/s/ Peter J. Rolwes_____