## United States District Court for the Southern District of Iowa

Presiding: Honorable Rebecca Goodgame Ebinger

| Case No. 4:23-cv-00332-RGE-SBJ | : | Clerk's Court Minutes – Motion Hearing |

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| MICHAEL DOUGLAS, DOROTHY GOODON, DOROTHY ALEXANDER, STELLA KERITSIS, JOHNNIE JONES, YOLANDA BETTS, LOGAN ALDRIDGE, STEVEN D'ANGELO, CHRISTINE ASHE, VERNITA FORD, and DIANE YOUNG | : | PURFOODS, LLC d/b/a MOM'S MEALS |

Plaintiff(s) Counsel: William B. Federman, Peter Rolwes

Defendant(s) Counsel: Kathryn Cahoy, Matthew McGuire

Court Reporter: Karla Hale           :    Interpreter:

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| [P] Mot. for Final Approval of Class Action Settlement, ECF 69 | GRANTED | : | |
| [P] Mot. for Attorney Fees, Expenses, Service Awards, ECF 65 | GRANTED | : | |

Proceedings:

Counsel for the Plaintiffs and Defendant appear. 11:01 a.m. Plaintiffs' counsel argues in support of their Motion for Final Approval of Class Action Settlement [69] and addresses Notice from Johnnie Brown [66]. Court addresses undeliverable mailing to Brown from the Court [67, 72]. Plaintiffs' counsel indicates they have corresponded with Brown. 11:07 a.m. Plaintiffs' Counsel argues in support of their Motion for Attorney Fees, Expenses, and Service Awards [65]. 11:12 a.m. Defendant's counsel does not resist Motion for Final Approval of Class Action Settlement [69] and does not take position on fee motion [65]. Court makes record that there are no individuals present to object to the settlement. Court grants motions [69] and [65]. Court retains jurisdiction for issues that may arise; otherwise proceedings are closed. 11:14 a.m. Court adjourns. Order to follow.

Time Start: 10:59 a.m.
Time End:  11:14 a.m.
Date: November 20, 2025

/s/ Kandy Sands
_____
Deputy Clerk